IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 3:21cr 042 |
| ) | |
| v. ) | Possession of a Firearm and |
| ) | Ammunition by a Convicted Felon |
| ) | 18 U.S.C. § 922(g)(1) |
| KEITH RODNEY MOORE, ) | (Count One) |
| ) | |
| Defendant. ) | |
| ) | Forfeiture Allegation |

May 2021 TERM - At Richmond, Virginia

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Possession of a Firearm by a Convicted Felon)

On or about December 5, 2020, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, KEITH RODNEY MOORE, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Taurus pistol, Model PT24/7, .40 caliber, Serial number SXC55177, all in and affecting interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(g)(1).)

### FORFEITURE ALLEGATION

Pursuant to Rule 32.2 Fed. R. Crim. P., the defendant is hereby notified that upon conviction of the offense alleged in Count One of this Indictment, as part of the sentencing of the defendant pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), he shall forfeit to the United

States any firearm or ammunition involved in or used in any knowing violation of the offense.

Property subject to forfeiture includes, but is not limited to:

    a Taurus pistol, Model PT24/7, .40 caliber, Serial number SXC55177.

(In accordance with Title 18, United States Code, Section 924(d), incorporated by Title 28, United States Code, Section 2461(c).)

A TRUE BILL: Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

_____
FOREPERSON

RAJ PAREKH
ACTING UNITED STATES ATTORNEY

By: *[signature]*
_____
Kevin S. Elliker
Assistant United States Attorney

2