IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | **UNDER SEAL** |
| v. | ) ) | Criminal No. 3:21-CR-042 |
| KEITH RODNEY MOORE, | ) ) ) ) | |
| Defendant | ) | |

## MOTION FOR AN ARREST WARRANT

The United States of America, through undersigned counsel, respectfully requests the Court to issue an arrest warrant in the above-captioned matter. In support of this request, the government states the following:

1. On May 4, 2021, a grand jury returned an indictment against MOORE, charging him with Possession of a Firearm and Ammunition as a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1). (ECF NO. 1.) Due to a misunderstanding, upon the return of the indictment, a summons was mistakenly sought instead of a warrant seeking MOORE's arrest.

2. Pursuant to Rule 9 of the Federal Rules of Criminal Procedure, the United States moves this Court to issue an arrest warrant for MOORE in light of the pending indictment.

Respectfully submitted,

RAJ PAREKH
ACTING UNITED STATES ATTORNEY

By: _____/s/_____
Kevin S. Elliker
Assistant United States Attorney
Virginia Bar Number 87498
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Telephone: 804-819-5400
Fax: 804-771-2316
Email: Kevin.Elliker@usdoj.gov