IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **UNDER SEAL** |
| v. | Criminal No. 3:21-cr-42 |
| KEITH RODNEY MOORE, | |
| Defendant. | |

### ORDER

This matter comes before the Court on the United States' Motion for an Arrest Warrant (ECF No. __5__). Pursuant to Rule 9 of the Federal Rules of Criminal Procedure, and for good cause shown, the Motion is GRANTED and the Clerk of Court is DIRECTED to issue an arrest warrant for the above-named defendant in this matter.

SO ORDERED:

Date: 5/5/21
Richmond, Virginia

/s/ 
Elizabeth W. Hanes
United States Magistrate Judge