CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: HANES  
REPORTER: FTR  
DOCKET NO. 21cr42  
DATE: 6/1/21  

UNITED STATES OF AMERICA  
v.  
1. __Keith Moore__  
Deft appeared via VTC ( ) ZOOM (✓)

COUNSEL  
1. __Laura Koenig__  

**APPEARANCES:** GOVERNMENT __Kevin Elliker__ (✓)  
DEFENDANT WITH COUNSEL (✓) DEFENDANT WITHOUT COUNSEL ( )  
DEFENDANT NOT PRESENT ( ) WAIVER OF APPEARANCE FILED ( )  
INTERPRETER _____ ( )

**BAIL STATUS:** DEFENDANT ON BOND (✓) DEFENDANT ON SUPERVISED RELEASE ( )  
DEFENDANT INCARCERATED ( ) BOND NOT SET ( )

**TYPE OF PROCEEDINGS:** INITIAL (✓) ARRAIGNMENT ( ) REARRAIGNMENT/GUILTY PLEA ( )  
PRELIMINARY ( ) DETENTION ( ) MOTIONS ( ) OTHER: _____ ( )  
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )  
CRIMINAL INFORMATION FILED ( )  
OTHER ( ) _____

**INITIAL HEARING PROCEEDINGS:**  
DATE OF ARREST: _____ GOVT'S MOTION TO UNSEAL (✓)  
GOVT SUMMARIZED CHARGES (✓) DEFT ADVISED OF RULE 5 RIGHTS (✓)  
FINANCIAL AFFIDAVIT ( ) COUNSEL TO BE APPOINTED (✓)  
DEFT TO RETAIN COUNSEL ( )  
GOVT'S MOTION TO DETAIN DEFT (✓) ORDER OF TEMPORARY DETENTION (✓)  
DEFT REMANDED (✓) DETENTION HEARING SET: _____

**PRELIMINARY HEARING PROCEEDINGS:**  
GOVT ADDUCED EVIDENCE ( )   DEFT ADDUCED EVIDENCE ( )  
ARGUMENTS HEARD ( )   FINDINGS STATED FROM BENCH ( )  
DEFT WAIVED HEARING ( ) PROBABLE CAUSE FOUND ( )  
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( ) DEFT REMANDED ( )  
WITNESS(ES) _____

**DETENTION HEARING PROCEEDINGS:**  
GOVT ADDUCED EVIDENCE ( )   DEFT ADDUCED EVIDENCE ( )  
ARGUMENTS HEARD ( )   FINDINGS STATED FROM BENCH ( )  
DEFT WAIVED HEARING ( ) DEFENDANT CONTINUED ON PRESENT BOND ( )  
DEFT HELD W/O BOND ( ) FLIGHT RISK ( ) DANGER ( )  
GOVT NOT SEEKING DETENTION ( ) DEFENDANT RELEASED ON BOND ( )  
ELECTRONIC MONITORING ( ) 3rd PARTY CUSTODIAN ( )  
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED ( )  
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )  
DEFT REMANDED ( )  
WITNESS(ES) _____

COURT REMINDED COUNSEL OF PROSECUTORIAL OBLIGATIONS AS REQUIRED UNDER RULE 5(F) ( )  
CASE CONTINUED TO: __June 4, 2021  11:00am__ FOR __arraign/detention__  
CASE SET: 1:30   BEGAN: 1:33   ENDED: 1:41   TIME IN COURT: 8 mins