AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) Case No.  3:21cr042 - SEALED |
| Keith Rodney Moore | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*  KEITH RODNEY MOORE ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
SEE ATTACHED INDICTMENT

Date:  05/05/2021

*Issuing officer's signature*

City and state:  Richmond, Virginia     J. Smith, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* 5/5/21 , and the person was arrested on *(date)* 5/27/21
at *(city and state)* RICHMOND, VA .

Date:  6/2/21

*Arresting officer's signature*

CHRISTINA H MOORE, DEPUTY US MARSHAL
*Printed name and title*
ON BEHALF OF ATF AGENTS