**CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION**

JUDGE: HANES  
REPORTER: FTR  
DOCKET NO. 21cr42  
DATE: 6/4/21

UNITED STATES OF AMERICA  
COUNSEL

v.

1. __Keith Moore__  
1. __Robert Wagner__

Deft appeared via VTC ( ) ZOOM ( )

**APPEARANCES:** GOVERNMENT __Kevin Elliker__ (✓)  
DEFENDANT WITH COUNSEL (✓)   DEFENDANT WITHOUT COUNSEL ( )  
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )

**BAIL STATUS:** DEFENDANT ON BOND ( )   DEFENDANT INCARCERATED (✓)   BOND NOT SET ( )

**TYPE OF PROCEEDINGS:** ARRAIGNMENT (✓)   REARRAIGNMENT/GUILTY PLEA ( )   MOTIONS ( )  
DETENTION (✓)   OTHER: _____ ( )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )  
CRIMINAL INFORMATION FILED ( )  
OTHER ( ) _____

**ARRAIGNMENT PROCEEDINGS:**

| | DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
|---|---|---|---|---|---|---|---|---|
| 1 | Moore | ✓ | | | ✓ | ✓ | | |
| 2 | | | | | | | | |

**DETENTION HEARING PROCEEDINGS:**  
GOVT ADDUCED EVIDENCE (✓)   DEFT ADDUCED EVIDENCE ( )  
ARGUMENTS HEARD (✓)   FINDINGS STATED FROM BENCH (✓)  
DEFT WAIVED HEARING ( )  
DEFENDANT CONTINUED ON PRESENT BOND ( )  
DEFT HELD W/O BOND ( )   FLIGHT RISK ( )   DANGER ( )  
DEFENDANT RELEASED ON ~~PR~~ BOND (✓)   ELECTRONIC MONITORING (✓)  
MOTION FOR CONTINUANCE ( )   GOVT ( )   DEFT ( )   3rd pty custodian  
DEFT REMANDED ( )  
WITNESS(ES) __Joshua Valot, ATF__  
G1 photo firearm recovered  
G2 pretrial report

**OTHER PROCEEDINGS:** MOTIONS ARE TO BE FILED WITHIN ___ DAYS;  
RESPONSES DUE ___ DAYS THEREAFTER; ___ DAYS FOR REPLY;  
DEFT REMANDED ( )

Deadline order to follow

Rule 5(f) obligations put on record

**CASE CONTINUED TO:** Aug 5, 2021 9:00am jury selection  
Aug 6, 2021 9:00am or jury trial

CASE SET: 11:00   BEGAN: 11:03   ENDED: 11:43   TIME IN COURT: 40 mins