AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.

DARWIN QUINTANILLA-SOLORZANO
a.k.a. Baby Gangster
*Defendant*

Case No. 3:21cr65-DJN   AS DETAINER

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DARWIN QUINTANILLA-SOLORZANO,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Title 18, U.S.C. 1959(a)(1) and 2; Murder in Aid of Racketeering Activity; Aiding and Abetting

Date: JUN 02 2021

*Issuing officer's signature*

City and state: Richmond, VA

S. Mejia, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 06/02/2021, and the person was arrested on *(date)* 06/04/2021
at *(city and state)* RICHMOND, VA.

Date: 06/04/2021

*Arresting officer's signature*

MICHAEL K. TERMYN
*Printed name and title*