IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.                                                                Criminal Action No. 3:21cr42

KEITH RODNEY MOORE,
         Defendant.

## ORDER

This matter comes before the Court on its own initiative to set pretrial deadlines. At the defendant's arraignment and detention hearing on June 4, 2021, the Court set this case for trial on August 5, 2021.

The Court sets the following pretrial deadlines:

1. Within fourteen (14) days of this Order, the following motions are due: motions (1) challenging the sufficiency of the indictment, information, warrant, or violation notice; (2) raising any issues of venue or jurisdiction; (3) for discovery or production; (4) to suppress evidence; (5) for any mental examination; (6) objecting to use by the opposing party of any particular evidence known by a party that may be subject to pretrial ruling; and (7) raising any other pretrial matter. Response briefs are due within fourteen (14) days of the filing of the motion, and rebuttal briefs are due three (3) days thereafter.

2. All other motions are due twenty-one (21) days before trial, unless a party shows good cause for filing later.

3. Subpoenas are due fourteen (14) days before trial.

4. Proposed voir dire questions and jury instructions are due seven (7) days before trial. The parties shall email their proposed voir dire questions and jury instructions to Chambers. The parties must submit jury instructions both with and without citations. The proposed voir dire

2

questions and jury instructions shall be typed in 12-point Times New Roman font using normal capitalization. The parties shall not capitalize all the proposed voir dire questions and jury instructions.

5. If the parties wish to schedule a hearing on a motion, they should contact Chambers.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

/s/
John A. Gibney, Jr.
United States District Judge

Date: 7 June 2021
Richmond, VA

2