# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | **Criminal Number: 3:21cr42** |
| ) | |
| **KEITH RODNEY MOORE,** ) | |
| **Defendant.** ) | |

## ORDER

Upon motion of defense counsel, with good cause having been shown and noting no objection by the government, it is hereby ORDERED that the Defendant's Motion to Modify Release Conditions to Allow Mr. Moore to Attend His Child's Baby Shower in this case is GRANTED. Mr. Moore may leave his mother's home in his mother's custody at 4:30 p.m. on June 27, 2021, to travel directly to the location of the baby shower. He must remain at the baby shower and leave that location no later than 8:00 p.m. on June 27, 2021. He must then travel directly to his mother's house in his mother's custody.

It is SO ORDERED.

_____
Elizabeth W. Hanes
United States Magistrate Judge

Dated: _____