# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No. 3:21cr42 |
| ) | |
| **KEITH RODNEY MOORE,** ) | |
| **Defendant** ) | |

## ORDER

Upon motion of defense counsel, with good cause having been shown and noting no objection by the Government, it is hereby ORDERED that the Defendant's Motion to Extend Reply Deadline in this case is GRANTED. The defense must file any reply to the government's response to Mr. Moore's motion to suppress evidence and statements by July 12, 2021.

It is SO ORDERED.

_____
John A. Gibney
United States District Judge

Dated: _____