IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| | ) | Case No. 3:21cr42 |
| | ) | |
| KEITH RODNEY MOORE, | ) | |
| Defendant | ) | |

### MR. MOORE'S EXHIBIT LIST

Keith Moore, through counsel, submits the following exhibits for the July 26, 2021, hearing on the pending motion to suppress. Mr. Moore reserves the right to supplement this list as needed.

| Exhibit | Description |
| :---: | :---: |
| A | Hanover Ticket |
| B | 0464 Map |
| C | 0485 Map |
| D | 0497 Map |
| E | 0502 Map |
| F | 0571 Map |
| G | 0574 Map |
| H | 0579 Map |
| I | Internal Investigation 0464 |
| J | 0485 Net Viewer Event Information |
| K | 0497 Net Viewer Event Information |
| L | 0502 Net Viewer Event Information |
| M | 0502 Net Viewer Event Unit |

| | |
|---|---|
| N | 0571 Net Viewer Event Information |
| O | 0574 Net Viewer Event Information |
| P | 0579 Net Viewer Event Information |
| Q | Axon for Mills |
| R | Dot Map Screen Capture |
| S | Title |
| T 1 | Fa_Felon_Foot_Pursuit |
| T 2 | Foot_Chase |
| T 3 | Keith_Moore |
| T 4 | Sp-2 |
| T 5 | TS_Assist |
| T 6 | Keith_Moore-2 |
| U 1 | Meadowbridge_Stop |
| U 2 | Traffic_Stop |
| U 3 | Ts |
| U 4 | TS_102993_BM_No_Lights_3000_Meadowbridge |
| V 1 | Ts |
| V 2 | Ts_1200_Highland_St |
| V 3 | TS_BF_030481_Expired_Tags |

Respectfully submitted,
KEITH RODNEY MOORE

By: _____/s/_____
Laura Koenig

2

Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org