CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: Gibney  
REPORTER: G. Halasz, OCR  
DOCKET NO. 3:21CR42  
DATE: 7/26/21

United States of America  
v.  
*Keith Rodney Moore*

**APPEARANCES:** On behalf of government *Kevin Elliker*  
On behalf of defendant: *Laura Koenig*  
Defendant present with counsel

**TYPE of PROCEEDINGS:** Hearing on Motion to Suppress

Evidence adduced; on his request, the defendant allowed to file additional brief within 7 days; govt has 4 days to file its response

**CASE CONTINUED TO:**

CASE SET: 9:00     BEGAN: 9:01 am     ENDED: 2:11     TIME IN COURT: 3 hrs 22 mins

Recesses: 9:57 – 10:08; 10:23 - 10:39; 11:27 - 11:37; 12:13 - 1:14