AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA-RICHMOND DIVISION

United States
V.
Keith Rodney Moore

**EXHIBIT AND WITNESS LIST**

Case Number: 3:21CV42

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Gibney | Elliker | Koenig |
| TRIAL DATE (S) July 26, 2021 | COURT REPORTER G. Halasz, OCR | COURTROOM DEPUTY Tuck |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | | | | Dominic Columbo, Officer, Richmond PD |
| 1 | | | ✓ | ✓ | still shot from body camera - white cadillac |
| 2 | | | ✓ | ✓ | photo of car computer screen |
| 3 | | | ✓ | ✓ | photo of accura w/ same tag |
| 4 | | | ✓ | ✓ | body cam footage - 2nd stop |
| 5 | | | ✓ | ✓ | body cam - 3rd stop |
| 6 | | | ✓ | ✓ | photo gun |
| | | | | | cross |
| | C | | ✓ | ✓ | map |
| | U-3 | | ✓ | ✓ | disc - body camera |
| ✓ | | | | | Keegan Mills, Officer, Richmond PD |
| 1 | | | | * | already admitted |
| 3 | | | | * | |
| 7 | | | ✓ | ✓ | body cam of witness at traffic stop |
| 8 | | | ✓ | ✓ | body cam footage at lock up |
| | | | | | cross |
| | X | | ✓ | ✓ | maps of 4 precincts |
| | J | | ✓ | ✓ | record of traffic stop |
| | Q | | | | record of videos downloaded |
| | L | | ✓ | ✓ | 0502 Net viewer event info |
| | N | | ✓ | ✓ | 0571 Net viewer event info |
| | P | | ✓ | ✓ | 0579 Net viewer event info |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| USA | vs. | Moore | CASE NO. 3:21cr42 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | W |  | ✓ | ✓ | 0579 Net viewer event info |
|  | U-4 |  | ✓ | ✓ | body cam footage |
|  | V-3 |  |  |  | TS BF 030481 expired tags |
| ✓ |  |  |  |  | Jacob Torres, Officer, Richmond PD |
| 9 |  |  | ✓ | ✓ | body cam of witness |
| 10 |  |  | ✓ | ✓ | tag from vehicle |
| ✓ |  |  |  |  | Makia Williams, officer, Richmond PD |
| 10 |  |  |  | ✱ |  |
| 12 |  |  | ✓ | ✓ | body cam from witness - 3rd stop |
| 13 |  |  | ✓ | ✓ | documents found in vehicle |
| 7 |  |  |  | ✱ |  |
|  | K |  | ✓ | ✓ | 0497 Net Viewer Event info (cross) |
| 12 |  |  |  | ✱ |  |
| 13 |  |  |  | ✱ |  |
| ✓ |  |  |  |  | Michael Spinos, retired officer, Richmond PD |
| 1 |  |  |  | ✱ |  |
| 11 |  |  | ✓ | ✓ | body cam footage this witness |
| ✓ |  |  |  |  | John Gilbert, Officer, Richmond PD |
| 14 |  |  | ✓ | ✓ | body cam footage from this witness |
|  | ✓ |  |  |  | Lee Hush |
|  | A |  | ✓ | ✓ | copies of summons/tickets |
|  | I |  | ✓ | ✓ | documents returned on subpoena re: traffic stop |
|  | O |  | ✓ | ✓ | 0574 net viewer event info |
|  | R-1 |  | ✓ | ✓ | UVA Racial dot map |
|  | R-2 |  | ✓ | ✓ | " |
|  | X |  |  | ✱ |  |
|  | Y-1, Y-2 |  | ✓ | ✓ | Screen shot of open source database of police stops by race |

Page _____ of _____ Pages