IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.                                              Criminal Action No. 3:21cr42

KEITH RODNEY MOORE,
          Defendant.

## ORDER

This matter comes before the Court on its own initiative. On June 4, 2021, the Court set this case for trial on August 5, 2021. On June 21, 2021, the defendant filed a motion to suppress. The Court held a hearing on that motion on July 26, 2021. After the hearing, the defendant's attorney asked for the opportunity to submit additional briefing. The Court granted that request and gave the defendant until August 2, 2021, to submit his initial post-hearing brief. The government has until August 6, 2021, to file its response. Because briefing on the defendant's motion to suppress will not finish before August 5, 2021, the Court CONTINUES GENERALLY trial in this case. The Court excludes from the speedy trial calculation any delay in trial caused by the Court's consideration and prompt disposition of the defendant's motion to suppress. *See* 18 U.S.C. § 3161(h)(1))(D) (excluding from the speedy trial calculation any period of delay "resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion"). The Court will set a new trial date at the appropriate time.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 27 July 2021
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge