IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:21-CR-42 |
| | ) | |
| KEITH RODNEY MOORE, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

This matter comes before the Court on the United States' Motion for an Extension of Time to File Supplemental Response (ECF No. 34). Having considered the Motion, and there being no objection by the Defendant, it is hereby ORDERED that the Motion is GRANTED. The United States shall file its supplemental response by August 13, 2021.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

Date: 5 August 2021
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge