Page 1
PS-8 (12/04)
VAE (rev 9/19)

UNDER SEAL

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Keith Rodney Moore                              Docket No. 0422 3:21CR00042-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Tanya L. Smith, PROBATION OFFICER, presenting an official report upon the conduct of defendant Keith Rodney Moore, who was placed under pretrial release supervision by the Honorable Elizabeth W. Hanes, United States Magistrate Judge, sitting in the court at 701 East Broad Street, Richmond, VA 23219-3528, on June 4, 2021.

On June 4, 2021, Mr. Moore appeared before Your Honor for an initial appearance hearing on the charge of Possession of a Firearm and Ammunition by a Convicted Felon. The defendant was ordered released on bond with special conditions to include: 1) Submit to home detention; and 2) the defendant shall be in the third-party custody of his mother, Joyce Moore. On June 4, 2021, the location monitoring equipment was installed at the defendant's residence.

PRAYING THAT THE COURT WILL ORDER A WARRANT be issued for the defendant.

It is hereby ORDERED that the petition, with its attachment and arrest warrant be sealed. It is further ORDERED the petition, its attachment and arrest warrant shall remain sealed until the warrant is executed, at which time the petition, its attachment and warrant, should be unsealed and made part of the public record.

**ORDER OF COURT**

Considered and ordered this _____ day of _____, 20____ and ordered filed and made a part of the records in the above case.

/s/ Elizabeth W. Hanes
United States Magistrate Judge

The Honorable Elizabeth W. Hanes
United States Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:

Tanya Smith
Digitally signed by Tanya Smith
Date: 2021.09.07 15:34:09 -04'00'

Tanya L. Smith
Senior U.S. Probation Officer

Place: Richmond, Virginia

The Honorable Elizabeth W. Hanes

RE:   MOORE, Keith Rodney                                                                                         Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

- The defendant shall not violate federal, state or local law while on release.

On the evening of September 6, 2021, this officer received an inclusion zone leave alert, meaning that the defendant left his residence without an approved schedule. This officer tried to contact the defendant but called his mother's number in error. Ms. Moore advised this officer that Mr. Moore was just arrested. She stated that the mother of his child came to the house and the defendant was "minding his own business." He told the young lady to leave and then she called the police.

This officer spoke with Officer Gilbert with the Richmond Police Department. He advised he was called for service for an assault, which they believed to be domestic because the alleged victim was pregnant. Officer Gilbert stated there was enough probable cause for arrest because there were physical marks and the alleged victim was missing hair. An official report has not been obtained. Mr. Moore appeared before the Richmond City Juvenile and Domestic Relations Court on September 7, 2021, where he was held without bond.

TLS/ljt
Attachment
c:   SUSPO Locket-Ross