IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:21cr42-JAG |
| ) | |
| KEITH RODNEY MOORE, ) | |
| ) | |
| *Defendant.* ) | |

## PETITION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon representation of the United States Attorney for this District that the captioned defendant, **KEITH RODNEY MOORE,** must appear in the United States District Court for the Eastern District of Virginia at Richmond, Virginia, to answer certain charges pending against him, and it being further represented that the said defendant is currently in custody at the **Richmond City Jail, 1701 Fairfield Way, Richmond, VA 23223;**

It is hereby **ORDERED** that a writ of habeas corpus ad prosequendum be issued forthwith, to be directed to the **Office of the Sheriff for the City of Richmond, Virginia,** to surrender the body of the above-named defendant into the custody of the United States Marshal for the Eastern District of Virginia, who shall produce the same before this Court on **September 15, 2021, at 9:00 A.M.,** and at such other times as this Court may direct, and to be thereafter forthwith returned by the said United States Marshal to the above-referenced institution and custody.

Date: 13 September 2021
In Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge

I ask for this:

Kevin S. Elliker
Assistant United States Attorney