IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

UNITED STATES OF AMERICA
    v.                                          Case No: **3:21cr00042**
**KEITH RODNEY MOORE**

*(Please See Additional Page for Personal Identifiers – Not For Public Disclosure)*

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO**:**    **Office of the Sheriff**
          **City of Richmond, Virginia**
          **1701 Fairfield Way**
          **Richmond, VA 23223**

WE COMMAND YOU to surrender **Keith Rodney Moore**, detained under your custody, to the United States Marshal for the Eastern District of Virginia or his Deputy. The United States Marshal is directed to produce this subject before the United States District Court for the Eastern District of Virginia, Richmond District Court on **September 15, 2021 at 9:00 A.M. EST** and at such other times as this Court may direct, and to be thereafter forthwith returned by the said United States Marshal to the above-referenced institution and custody.

WITNESS, the **Honorable John A. Gibney, Jr.**, **United States District Judge** of the United States District Court for the Eastern District of Virginia, at Richmond, Virginia, this **13th** day of September, 2021.

FERNANDO GALINDO, CLERK

By: **FILE COPY**