IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 3:21cr42-JAG |
| | ) | |
| KEITH RODNEY MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

COMES NOW the United States of America, by and through its representatives, Raj Parekh, Acting United States Attorney for the Eastern District of Virginia; and Erik S. Siebert, Assistant United States Attorney, and advises the Court that Erik S. Siebert and Shea Gibbons will serve as counsel for the United States of America in the above-captioned case.

Respectfully submitted,

RAJ PAREKH
ACTING UNITED STATES ATTORNEY

By: _____/s/_____
Erik S. Siebert
Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Phone: (804) 819-5400
Fax: (804) 771-2316
Email:erik.s.siebert@usdoj.gov

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of September, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following counsel of record:

Laura Koenig
Office of the Federal Public Defender
701 E. Broad Street
Richmond, Va 23219

/s/
Erik S. Siebert
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
600 E. Main Street, Suite 1800
Richmond, Virginia 23219
804-819-5400
804-771-2316 (f)