IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 3:21-cr-00042 |
| | ) |
| KEITH RODNEY MOORE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

NOTICE OF APPEARANCE

This notice is to inform the Court that Shea Gibbons, Assistant United States Attorney for the Eastern District of Virginia, will act as counsel for the United States in the above-captioned case.

Respectfully submitted,

Raj Parekh
Acting United States Attorney

By:    /s/
Shea Matthew Gibbons
Assistant United States Attorney
United States Attorney's Office
919 E. Main Street, Suite 1900
Richmond, Virginia 23219
Phone: (804) 819-5400
Fax: (804) 819-7417
shea.gibbons@usdoj.gov

CERTIFICATE OF SERVICE

  I hereby certify that on September 15, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve all counsel.

              By: /s/_____
              Shea Matthew Gibbons
              Assistant United States Attorney
              United States Attorney's Office
              919 E. Main Street, Suite 1900
              Richmond, Virginia 23219
              Phone: (804) 819-5400
              Fax: (804) 819-7417
              shea.gibbons@usdoj.gov