AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

United States of America
v.

KEITH RODNEY MOORE
*Defendant*

Case No. 3:21-CR-00042 (JAG)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* KEITH RODNEY MOORE,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☒ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
VIOLATING TERMS OF PRETRIAL RELEASE

Date: 09/07/2021

/s/ J. Saunders
*Issuing officer's signature*

City and state: Richmond, Virginia

J. Saunders
*Printed name and title*

### Return

This warrant was received on *(date)* 9/8/21, and the person was arrested on *(date)* 9/28/21
at *(city and state)* Richmond, VA.

Date: 9/28/21

*Arresting officer's signature*

Christina H Moore, Deputy US Marshal
*Printed name and title*