CRIMINAL PROCEEDINGS   —   U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: HANES

REPORTER: FTR

DOCKET NO. _21cr42_

DATE: _9/28/21_

UNITED STATES OF AMERICA                                    COUNSEL

1. ___Keith Moore___                          1. ___Laura Koenig___
                                                  ___Kashan Pathan___ ( ✓ )

**APPEARANCES:**   GOVERNMENT _____
                   DEFENDANT WITH COUNSEL ( ✓ )   DEFENDANT WITHOUT COUNSEL (   )
                   DEFENDANT NOT PRESENT   (   )   WAIVER OF APPEARANCE FILED (   )
                   INTERPRETER _____ (   )

**BAIL STATUS:**   DEFENDANT ON BOND (   )   DEFENDANT INCARCERATED ( ✓ )   BOND NOT SET (   )

**TYPE OF**
**PROCEEDINGS:**   INITIAL (   )  ARRAIGNMENT (   )  REARRAIGNMENT/GUILTY PLEA (   )
                   PRELIMINARY (   ) DETENTION (   ) MOTIONS (   ) OTHER: _____ (   )
                   INITIAL ON ~~SUPERVISED RELEASE/PROBATION~~ VIOLATION ( ✓ )
                              _Pretrial_

**PRELIMINARY**
**PROCEEDINGS:**   WAIVER OF INDICTMENT EXECUTED, FILED  (   )
                   CRIMINAL INFORMATION FILED   (   )
                   OTHER (   ) _____

**INITIAL HEARING**
**PROCEEDINGS:**   DATE OF ARREST: _9/28/21_   GOVT'S MOTION TO UNSEAL (   )
                   INITIAL APPEARANCE (   )
                   INITIAL APPEARANCE (~~SUPERVISED RELEASE/PROBATION~~) ( ✓ )
                                        _Pretrial_
                   COURT SUMMARIZED CHARGES ( ✓ ) DEFT. ADVISED OF RULE 5 RIGHTS ( ✓ )
                   FINANCIAL AFFIDAVIT (   ) COUNSEL TO BE APPOINTED (   )
                   DEFT TO RETAIN COUNSEL (   )
                   GOVT'S MOTION TO DETAIN DEFT ( ✓ ) ORDER OF TEMPORARY DETENTION ( ✓ )
                   DEFT REMANDED ( ✓ ) DETENTION HEARING SET: _____
       COURT REMINDED COUNSEL OF PROSECUTORIAL OBLIGATIONS AS REQUIRED UNDER RULE 5(F)   (   )

**PRELIMINARY HEARING**
**PROCEEDINGS:**   GOVT ADDUCED EVIDENCE (   )    DEFT ADDUCED EVIDENCE (   )
                   ARGUMENTS HEARD (   )   FINDINGS STATED FROM BENCH (   )
                   DEFT WAIVED HEARING (   ) PROBABLE CAUSE FOUND (   )
                   MOTION FOR CONTINUANCE (   ) GOVT (   ) DEFT (   ) DEFT REMANDED (   )
                   WITNESS(ES) _____
                   _____
                   _____
                   _____
                   _____

**DETENTION HEARING**
**PROCEEDINGS:**   GOVT ADDUCED EVIDENCE (   )    DEFT ADDUCED EVIDENCE (   )
                   ARGUMENTS HEARD (   )   FINDINGS STATED FROM BENCH (   )
                   DEFT WAIVED HEARING (   ) DEFENDANT CONTINUED ON PRESENT BOND (   )
                   DEFT HELD W/O BOND (   ) FLIGHT RISK (   ) DANGER (   )
                   DEFENDANT RELEASED ON PR BOND (   ) ELECTRONIC MONITORING (   )
                   3rd PARTY CUSTODIAN (   ) MOTION FOR CONTINUANCE (   ) GOVT (   ) DEFT (   )
                   DEFT REMANDED (   ) GOVT NOT SEEKING DETENTION (   )
                   DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED (   )
                   WITNESS(ES) _____

                   _deft oral motion to continue to 10/12 — granted_
                   _____

**CASE CONTINUED TO:**  _October 12, 2021 3pm_  FOR  _prel/detention_

CASE SET: _1:00_     BEGAN: _1:10_     ENDED: _1:16_     TIME IN COURT: _6mins_