IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**UNITED STATES OF AMERICA**

v.  Criminal Case No. 3:21-CR-00042 (JAG)

**KEITH RODNEY MOORE,**
   **Defendant.**

**TEMPORARY DETENTION ORDER**

The defendant, Keith Rodney Moore, by and through his counsel, sought to continue the preliminary and detention hearing in this matter until October 12, 2021 at 3:00 p.m. Having found good cause exists, and having granted Defendant's oral motion, it is thereby ORDERED that:

1. The defendant is committed to the custody of the Attorney General of the United States pursuant to 18 U.S.C. § 3142(i) for confinement in a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

2. The defendant be afforded reasonable opportunity to consult with his attorney.

3. That the person in charge of the corrections facility deliver the defendant to the United States Marshal, and the United States Marshal produce the defendant before this Court on October 12, 2021 at 3:00 p.m., for a Preliminary and Detention Hearing.

4. The Clerk is directed to FILE this Order electronically and notify all counsel of record and the United States Marshals Service, Richmond Division, accordingly.

/s/ _____
Elizabeth W. Hanes
United States Magistrate Judge

Dated: September 28, 2021
Richmond, Virginia