IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                       ) | Case No. 3:21cr42 |
| ) | |
| KEITH RODNEY MOORE,                    ) | |
|       Defendant                              ) | |

**CONSENT MOTION**
**TO CONTINUE PRELIMINARY AND DETENTION HEARINGS**

     Keith Moore, through his counsel, Laura Koenig, moves to continue his preliminary and detention hearing, currently scheduled for October 12, 2021, to a date after October 13, 2021, pending the disposition of the defendant's state court matter in Richmond City General District Court. In support of this motion, counsel submits the following:

1. On May 4, 2021, the government indicted Mr. Moore on one count of possession a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1). *See* ECF No. 3.

2. Mr. Moore filed a motion to suppress evidence and statements on June 21, 2021, to which the government filed its response on July 6, 2021. *See* ECF Nos. 17 and 22. The Court held an evidentiary hearing on July 26, 2021, and ordered further briefing. *See* ECF Nos. 30, 31. Following a hearing on September 15, 2021, the Court provided an opportunity for the parties to provide further evidence regarding the pending Equal Protection Challenge. *See* ECF Nos. 43 and 44. The Court scheduled a status conference for October 18, 2021. *Id.*

3. Prior to the September 15, 2021, motion hearing, Mr. Moore was arrested on September 7, 2021, in the City of Richmond and charged with assault and battery. In response to the

state charge, the probation officer filed a federal petition to revoke Mr. Moore's bond for violation of pretrial release conditions. *See* ECF No. 37.

4. On September 28, 2021, at his initial appearance on the pretrial release revocation petition before Magistrate Judge Hanes, Mr. Moore made an oral motion to continue the preliminary and detention hearing until after the disposition of his state court matter, which was then scheduled for October 7, 2021. The Court granted the motion and continued Mr. Moore's preliminary/detention hearing for October 12, 2021.

5. Defense counsel has since learned that Mr. Moore's state court matter has now been continued until October 13, 2021. Therefore, Mr. Moore requests a continuance of his preliminary/detention hearing to a date following the resolution of his state charge in the Richmond City General District Court.

6. Undersigned counsel has communicated with the government, represented here by Erik Seibert, regarding this request and Mr. Seibert has no objection to this request.

Thus, Mr. Moore moves to continue his preliminary and detention hearing, currently scheduled for October 12, 2021, to a date after October 13, 2021, pending the disposition of the defendant's state court matter in Richmond City General District Court.

                                                                           Respectfully Submitted,
                                                                           KEITH RODNEY MOORE

By:             /s/           
Laura Koenig
VA Bar No. 86840
Counsel for Defendant
701 East Broad Street, Suite 3600
Richmond, VA 23219
(804) 565-0881
(804) 648-5033 (fax)
laura_koenig@fd.org