IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 3:21cr42 |
| ) | |
| KEITH RODNEY MOORE, ) | |
| Defendant ) | |

### ORDER

Upon motion of defense counsel, with good cause having been shown and noting no objection by the Government, it is hereby ORDERED that the Defendant's Consent Motion to Continue the Preliminary and Detention Hearings in this case is GRANTED. Counsel shall contact the Court's chambers within three business days to reschedule the hearing.

It is SO ORDERED.

/s/
_____
Elizabeth W. Hanes
United States Magistrate Judge

Dated: 10/7/2021