**CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION**

JUDGE: COLOMBELL  
REPORTER: FTR  
DOCKET NO. 3:21cr42  
DATE: 10/14/21

UNITED STATES OF AMERICA  
v.  
COUNSEL

1. Keith Rodney Moore — 1. Laura Koenig (x)  
Deft appeared via VTC ( ) ZOOM ( )

**APPEARANCES:** GOVERNMENT Shea Gibbons / Erik Siebert (✓)  
DEFENDANT WITH COUNSEL (✓) DEFENDANT WITHOUT COUNSEL ( )  
DEFENDANT NOT PRESENT ( ) WAIVER OF APPEARANCE FILED ( )  
INTERPRETER _____ ( )

**BAIL STATUS:** DEFENDANT ON BOND ( ) DEFENDANT ON SUPERVISED RELEASE ( )  
DEFENDANT INCARCERATED (✓) BOND NOT SET ( )

**TYPE OF PROCEEDINGS:** INITIAL ( ) ARRAIGNMENT ( ) REARRAIGNMENT/GUILTY PLEA ( )  
PRELIMINARY (X) DETENTION (✓) MOTIONS ( ) OTHER: _____ ( )  
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )  
CRIMINAL INFORMATION FILED ( )  
OTHER ( ) _____

**INITIAL HEARING PROCEEDINGS:** DATE OF ARREST: _____ GOVT'S MOTION TO UNSEAL ( )  
GOVT SUMMARIZED CHARGES ( ) DEFT ADVISED OF RULE 5 RIGHTS ( )  
FINANCIAL AFFIDAVIT ( ) COUNSEL TO BE APPOINTED ( )  
DEFT TO RETAIN COUNSEL ( )  
GOVT'S MOTION TO DETAIN DEFT ( ) ORDER OF TEMPORARY DETENTION ( )  
DEFT REMANDED ( ) DETENTION HEARING SET: _____

**PRELIMINARY HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE ( ) DEFT ADDUCED EVIDENCE ( )  
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )  
DEFT WAIVED HEARING ( ) PROBABLE CAUSE FOUND ( )  
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( ) DEFT REMANDED ( )  
WITNESS(ES) _____

**DETENTION HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE ( ) DEFT ADDUCED EVIDENCE ( )  
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )  
DEFT WAIVED HEARING ( ) DEFENDANT CONTINUED ON PRESENT BOND ( )  
DEFT HELD W/O BOND ( ) FLIGHT RISK ( ) DANGER ( )  
GOVT NOT SEEKING DETENTION ( ) DEFENDANT RELEASED ON BOND ( )  
ELECTRONIC MONITORING ( ) 3rd PARTY CUSTODIAN ( )  
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED ( )  
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )  
DEFT REMANDED ( )  
WITNESS(ES) _____

*Govt motion to Dismiss Petition for Action — GRANTED  
*Def Released on Same terms and conditions previously imposed on 6/4/21 with the added condition that defendant shall have no contact w/ Jayvonne Brown or her family unless permitted by Richmond JPR. Condition V. revised to only allow medical appts for mother.

COURT REMINDED COUNSEL OF PROSECUTORIAL OBLIGATIONS AS REQUIRED UNDER RULE 5(F) ( )  
Set for:  
CASE ~~CONTINUED~~ TO: 10/18/21 @ 9:00 AM FOR Status  
CASE SET: 3:00  BEGAN: 3:05  ENDED: 3:14  TIME IN COURT: 9 minutes