IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**UNITED STATES OF AMERICA,**

          v.                                                  Criminal No. 3:21-CR-00042 (JAG)

**KEITH RODNEY MOORE,**
      **Defendant.**

## ORDER

      This matter is before the Court for a Preliminary and Detention Hearing on the Petition for Action on Conditions of Pretrial Release (ECF No. 37) pending herein, pursuant to Federal Rule of Criminal Procedure 18 U.S.C. § 3142(c)(3). On the oral motion of the United States and for the reasons set forth on the record on October 14, 2021, the Petition for Action on Conditions of Pretrial Release is hereby DISMISSED. Therefore, the Defendant shall be released on the same terms of pretrial release (ECF No. 12) as previously imposed and currently in effect with the following added condition: The Defendant shall have no contact, direct or indirect, with Jayvonne Brown or any member of her family, unless permitted by the Richmond Juvenile Domestic Relations Court. The Court hereby AMENDS (v) of the Order Setting Conditions of Release (ECF No. 12) to read: the Defendant may, with advanced permission of pretrial services, take his mother to medical appointments, thereby STRIKING the language "attend the birth of his child, and attend doctor's appointments for his children."

      These conditions shall remain in effect until the resolution of this pending case, or until otherwise modified by Court order.

The Clerk is directed to FILE this Order electronically and notify counsel and United States Probation accordingly.

It is so ORDERED.

/s/
Elizabeth W. Hanes
United States Magistrate Judge

Date: October 14, 2021
Richmond, Virginia