IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.                                          Criminal Action No. 3:21cr42

KEITH RODNEY MOORE,
         Defendant.

## ORDER

This matter comes before the Court on the November 18, 2021 status conference. On July 26, 2021, the Court held a hearing on the defendant's motion to suppress. (ECF No. 30.) During the hearing, the Court granted the defendant's request to submit additional briefing. (ECF Nos. 30, 31.) In the defendant's supplemental brief, the defendant moved to dismiss the indictment. (ECF No. 32.) On September 15, 2021, the Court held a hearing on the defendant's supplemental brief, (*id.*), and the government's response, (ECF No. 36). Following the hearing, the Court directed the defendant to consult with an expert regarding the statistical significance of the evidence presented in support of the defendant's motion to dismiss the indictment. (ECF No. 44.) The Court held status conferences on the defendant's progress on October 18, 2021, and November 18, 2021. (ECF Nos. 44, 58.) During the November 18 status conference, the defendant advised the Court that its expert will complete its report by Friday, December 31, 2021.

For the reasons stated during the November 18 conference call, the Court DIRECTS the defendant to provide a copy of its expert report to the government on or before **Friday, December 31, 2021**. The parties shall file a status report—jointly, if possible—on or before **Friday, January 14, 2022**, explaining whether the government intends to prepare an expert report and proposing a briefing schedule on the defendant's motion. (ECF No. 32.)

2

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 18 November 2021
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge