IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | **Criminal Number: 3:21cr42** |
| ) | |
| **KEITH RODNEY MOORE,** ) | |
| **Defendant.** ) | |

**ORDER**

Upon motion of defense counsel, with good cause having been shown and noting no objection by the Government, it is hereby ORDERED that the Defendant's Motion to Temporarily Modify Release Conditions to Allow Mr. Moore to Attend Funeral and Burial in this case is GRANTED. Mr. Moore may travel to his cousin's funeral beginning at 1:00 p.m. on Friday, December 10, 2021; attend the funeral and interment; and return to his regular home detention schedule Friday evening, December 10, 2021, by 6:00 p.m. He will remain in the custody of his third-party custodian, his mother, during this temporary modification of the release conditions.

It is SO ORDERED.

_____
Elizabeth W. Hanes
United States Magistrate Judge

Dated: _____