**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 3:21cr42 |
| | ) | |
| **KEITH RODNEY MOORE,** | ) | |
| Defendant | ) | |

**ORDER**

Upon motion of defense counsel, with good cause having been shown and noting no objection by the Government, it is hereby ORDERED that the Defendant's Motion to Extend Disclosure Deadline by Two Weeks in this case is GRANTED. The defense must disclose its expert report regarding the Richmond Police Department data to the government on or before **Friday, January 14, 2022**. The parties must submit a status report—jointly, if possible—on or before **Friday, January 28, 2022**, explaining whether the government intends to prepare an expert report and proposing a briefing schedule on the defendant's Equal Protection challenge in ECF No. 32.

It is SO ORDERED.

_____
John A. Gibney
United States District Judge

Dated: _____