# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 3:21-cr-42 |
| | ) |
| KEITH RODNEY MOORE, | ) |
| | ) |
| Defendant. | ) |

## JOINT STATUS REPORT REGARDING EXPERT AND BRIEFING DEADLINES

Pursuant to the Court's Orders (Dkt. Nos. 59, 63), the parties file this joint status report regarding whether the United States intends to retain an expert in response to the defendant's expert report, and proposing a briefing schedule.

The United States has retained an expert to assist it in responding to the defendant's motion and expert report in support of the motion. In light of this retention, the parties propose the following briefing schedule:[1]

- March 8: Defendant's deadline to file supplemental motion incorporating defendant's expert report.
- April 8: Government's deadline to file response and produce expert report to the defendant.
- April 22: Defendant's reply deadline.

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By:  /s/
Shea Matthew Gibbons
Erik Siebert
Assistant United States Attorneys
United States Attorney's Office
919 East Main Street, Suite 1900

---

[1] The parties are unsure if the Court will desire an evidentiary hearing and/or oral argument on these issues. If so, this proposal may require further adjustment.

                                                Richmond, Virginia 23219
                                                Telephone: 804-819-5400
                                                Fax: 804-771-2316
                                                Email: Shea.Gibbons@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on January 28, 2022, I filed a copy of the foregoing through CM/ECF, which notifies all counsel of record.

                                       By:   /s/  *Shea M. Gibbons*
                                                   Assistant United States Attorney
                                                   Telephone: (804) 819-5400
                                                   Email: shea.gibbons@usdoj.gov