IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.                                                                  Criminal Action No. 3:21cr42

KEITH RODNEY MOORE,
         Defendant.

## ORDER

This matter comes before the Court on the parties' joint status report. (ECF No. 64.) The parties state that the government "has retained an expert to assist it in responding to the defendant's motion and expert report in support of the motion." (*Id.*) The parties also propose a briefing schedule for the defendant's motion, (ECF No. 32). Upon due consideration, the Court SETS the following briefing schedule:

- The defendant must file a supplemental motion incorporating the defendant's expert report **on or before March 8, 2022**;

- The government shall file any response, and produce its expert report to the defendant, **on or before April 8, 2022**;

- The defendant shall file any reply **on or before April 22, 2022**.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

/s/
John A. Gibney, Jr.
Senior United States District Judge

Date: 31 January 2022
Richmond, VA