AO83  (Rev. 08/2010)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

### SUMMONS IN A CRIMINAL CASE

**UNITED STATES OF AMERICA**
v.                                       Case. No.  3:21-CR-00042 (JAG)
**KEITH RODNEY MOORE**
 (*please see additional page for personal identifiers*)

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| PLACE: **UNITED STATES DISTRICT COURT 701 EAST BROAD STREET RICHMOND, VIRGINIA 23219** | COURTROOM: 5400<br><br>DATE & TIME:<br>May 19, 2022<br>at 2:45 p.m. |
|---|---|

Before: The Honorable Elizabeth W. Hanes

To answer a(n):

☐ Indictment  ☐ Superseding Indictment  ☐ Criminal Information  ☐ Complaint
☐ Order of Court  ☐ Sealed Order of Court
☐ Petition on Supervised Release  ☐ Petition on Probation
☒ Violation of Pretrial Release  ☐ Violation Notice

Charging you with a violation of:
Violating terms of probation.

_____/s/_____                                                             5/18/22
Signature of Issuing Officer                                          Date

M. Fulks, Deputy Clerk
Name and Title of Issuing Officer

COPY