AO83 (Rev. 08/2010) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

### SUMMONS IN A CRIMINAL CASE

**UNITED STATES OF AMERICA**
v.
**KEITH RODNEY MOORE**
*(please see additional page for personal identifiers)*

Case. No. 3:21-CR-00042 (JAG)

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| PLACE: **UNITED STATES DISTRICT COURT** **701 EAST BROAD STREET** **RICHMOND, VIRGINIA 23219** | COURTROOM: 5400 DATE & TIME: May 19, 2022 at 2:45 p.m. |

Before: The Honorable Elizabeth W. Hanes

To answer a(n):

☐ Indictment ☐ Superseding Indictment ☐ Criminal Information ☐ Complaint
☐ Order of Court ☐ Sealed Order of Court
☐ Petition on Supervised Release ☐ Petition on Probation
☒ Violation of Pretrial Release ☐ Violation Notice

Charging you with a violation of:
Violating terms of probation.

_____/s/ MF_____  
Signature of Issuing Officer

_____5/18/22_____  
Date

M. Fulks, Deputy Clerk
Name and Title of Issuing Officer