**CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION**

JUDGE: HANES
REPORTER: FTR

DOCKET NO. 21cr42
DATE: 5/19/22

UNITED STATES OF AMERICA
COUNSEL

1. **Keith Moore**
   v.

APPEARANCES:   GOVERNMENT __Erik Siebert__ / __Laura Koenig__ ( )
DEFENDANT WITH COUNSEL ( ✓ )   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )
INTERPRETER _____ ( )

BAIL STATUS:   DEFENDANT ON BOND ( ✓ )   DEFENDANT INCARCERATED ( )   BOND NOT SET ( )

TYPE OF PROCEEDINGS:
INITIAL ( )   ARRAIGNMENT ( )   REARRAIGNMENT/GUILTY PLEA ( )
PRELIMINARY ( )   DETENTION ( )   MOTIONS ( )   OTHER: _____ ( )
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( ✓ ) __pretrial__

PRELIMINARY PROCEEDINGS:
WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

INITIAL HEARING PROCEEDINGS:
DATE OF ARREST: _____ GOVT'S MOTION TO UNSEAL ( )
INITIAL APPEARANCE ( )
INITIAL APPEARANCE (SUPERVISED RELEASE/PROBATION) ( ✓ )
GOVT SUMMARIZED CHARGES ( ✓ ) DEFT. ADVISED OF RULE 5 RIGHTS ( ✓ )
FINANCIAL AFFIDAVIT ( ) COUNSEL TO BE APPOINTED ( )
DEFT TO RETAIN COUNSEL ( )
GOVT'S MOTION TO DETAIN DEFT ( ) ORDER OF TEMPORARY DETENTION ( )
DEFT REMANDED ( ) DETENTION HEARING SET: _____

PRELIMINARY HEARING PROCEEDINGS:
GOVT ADDUCED EVIDENCE ( )   DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( )   FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( )   PROBABLE CAUSE FOUND ( )
MOTION FOR CONTINUANCE ( )   GOVT ( )   DEFT ( )   DEFT REMANDED ( )
WITNESS(ES) _____

DETENTION HEARING PROCEEDINGS:
GOVT ADDUCED EVIDENCE ( )   DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( )   FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( )   DEFENDANT CONTINUED ON PRESENT BOND ( )
DEFT HELD W/O BOND ( )   FLIGHT RISK ( )   DANGER ( )
DEFENDANT RELEASED ON PR BOND ( )   ELECTRONIC MONITORING ( )
3rd PARTY CUSTODIAN ( ) MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )
DEFT REMANDED ( ) GOVT NOT SEEKING DETENTION ( ✓ )
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED ( ✓ )
WITNESS(ES) _____

__added condition no alcohol w/ testing__

COURT REMINDED COUNSEL OF PROSECUTORIAL OBLIGATIONS AS REQUIRED UNDER RULE 5(f) ( )
CASE CONTINUED TO: __June 27, 2022 1pm__ FOR __pretrial violation__

CASE SET: 2:45   BEGAN: 2:51   ENDED: 3:01   TIME IN COURT: 10 mins