**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**UNITED STATES OF AMERICA**

v.                                                          **Criminal Case No. 3:21-CR-00042 (JAG)**

**KEIITH RODNEY MOORE,**
            **Defendant.**

**ORDER**

This matter is before the Court on the Petition for Action on Conditions of Pretrial Release (ECF No. 74). For the reasons set forth on the record, pursuant to 18 U.S.C. § 3142(c)(3), finding that the United States does not seek detention and finding by clear and convincing evidence that the Defendant is not likely to flee and is not likely to pose a danger to the safety of any other person or the community if released, the Court hereby ORDERS that the Defendant shall be released on the same conditions of Pretrial Release previously imposed with the following added conditions: the Defendant shall consume no alcohol and shall submit to alcohol testing at the direction of the U.S. Probation Officer. The Defendant is permitted to return to work at the discretion of the U.S. Probation Officer.

These conditions remain in effect pending the hearing on the Petition on Pretrial Release scheduled before the undersigned on June 27, 2022, at 1:00 p.m.

The Clerk is directed to file this Order electronically and notify all counsel and the United States Pretrial Services Office accordingly.

It is so ORDERED.

                                                                /s/
                                                             Elizabeth W. Hanes
Richmond, Virginia                            United States Magistrate Judge
Dated: May 19, 2022