IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.   Criminal Action No. 3:21cr42

KEITH RODNEY MOORE,
         Defendant.

## ORDER

This matter comes before the Court on the government's motion to exclude the defendant's expert Dr. Marvin Chiles. (ECF No. 82.) The Court ORDERS that the defendant shall file any response **on or before July 5, 2022**. The government shall file any reply **on or before July 8, 2022**.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 22 June 2022
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge