CRIMINAL PROCEEDINGS  —  U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: Hanes

DOCKET NO. 3:21cr42

REPORTER: FTR

DATE: 6/27/22

UNITED STATES OF AMERICA
v.

COUNSEL

1. _Keith Rodney Moore_

1. _Laura Koenig_  (x)

**APPEARANCES:**  GOVERNMENT _Erik Siebert + Shea Gibbons_ ( ✘)
DEFENDANT WITH COUNSEL ( ✔ )   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT   ( )   WAIVER OF APPEARANCE FILED ( )

**BAIL STATUS:**  DEFENDANT ON BOND ( ✘)   DEFENDANT INCARCERATED ( )   BOND NOT SET ( )

**TYPE of PROCEEDINGS:**  MOTIONS _____ ( )

**PRELIMINARY PROCEEDINGS:**  WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

**BOND HEARING PROCEEDINGS:**  DEFENDANT CONTINUED ON PRESENT BOND ( ✘)   DEFT REMANDED ( )
DEFENDANT PLACED ON PR BOND IN AMOUNT OF $_____ ( )
BENCH WARRANT TO ISSUE ( )   MOTION DENIED ( )

* By agreement, the deft is continued on the same terms and conditions previously imposed
* Hearing on the Petition for Action on Conditions of Pretrial Release continued

CASE Continued to: _7/18/22 @ 12:45pm_ FOR _Motions hearing._

CASE SET: 1:00   BEGAN: 1:16   ENDED: 1:21   TIME IN COURT: 5 minutes