**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

**UNITED STATES OF AMERICA**

v.  Criminal Case No. 3:21-CR-00042 (JAG)

**KEITH RODNEY MOORE,**
        **Defendant.**

**ORDER**

This matter is before the Court for a Bond Revocation Hearing on the pending Petition for Action on Conditions of Pretrial Release (ECF No. 74). For the reasons set forth on the record, and by joint agreement, today's hearing is hereby CONTINUED to July 18, 2022, at 12:45pm. The Court hereby ORDERS that the Defendant shall remain on the same conditions of Pretrial Release (ECF No. 12) previously imposed and as amended (ECF Nos. 57 and 78).

These conditions remain in effect pending the Bond Revocation Hearing on the Petition on Pretrial Release scheduled before the undersigned on July 18, 2022, at 12:45 p.m.

The Clerk is directed to file this Order electronically and notify all counsel and the United States Pretrial Services Office accordingly.

It is so ORDERED.

/s/ Elizabeth W. Hanes
United States Magistrate Judge

Richmond, Virginia
Dated: June 27, 2022