# FEDERAL PUBLIC DEFENDER
### EASTERN DISTRICT OF VIRGINIA
**701 E. BROAD STREET, SUITE 3600**
**RICHMOND, VIRGINIA 23219**
**(804) 343-0800**
**FAX: (804) 648-5033**

| | | |
|---|---|---|
| **Geremy C. Kamens** | | **Laura J. Koenig** |
| Federal Public Defender | DIRECT: (804) 565-0881 | Assistant Federal Public Defender |

Karla Peters
Project Management Analyst
Office of General Counsel
Richmond Police Department
200 W Grace St
Richmond, VA 23220
804.646.6700 (o)
804.646.3974 (f)
Karla.peters@richmondgov.com

Dear Ms. Peters,                                                                                     February 1, 2022

Under the Virginia Freedom of Information Act, §2.2-3700 et seq., I am writing to request a copy of:

1) all proposed maps and planning and implementation documents relating to the designation of the boundaries for the four police precincts within the Richmond Police Department;

2) a copy of the Neighborhood Precinct Plan from 1977; and

3) any amendments or modifications of the Neighborhood Precinct Plan from 1977.

Because I make this request on behalf of a federal government agency as a part of our work representing indigent members of the public, I request a waiver of all fees related to this request. If for any reason you cannot waive all fees related to this request, please contact me before complying with this request to provide anticipated costs associated with this request. This information is not being sought for commercial purposes. We can receive copies of these records digitally at the email address or fax number below or paper copies or as files on a computer disc mailed to the address below.

The Virginia Freedom of Information Act requires a response to this request be made within five business days. If access to the records I am requesting will take longer than this amount of time, please contact me with information about when I might

expect copies of the requested records.

If you deny any or all of this request, please cite each specific exemption you feel justifies the refusal to release the information and notify me of the appeal procedures available to me under the law.

Thank you for your assistance.

Sincerely,

Laura J. Koenig
Assistant Federal Public Defender
701 E Broad St, Suite 3600
Richmond, VA 23219
804.565.0881 (o)
804.648.5033 (f)
laura_koenig@fd.org