IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:21cr42 |
| ) | |
| KEITH RODNEY MOORE, ) | |
| Defendant ) | |

## ORDER

Upon motion of defense counsel, with good cause having been shown and noting no objection by the Government, it is hereby ORDERED that the Defendant's Motion to Accept Late Filing in this case (ECF No. 87) is GRANTED. The Defendant's Response to Motion to Exclude Second Defense Expert in ECF No. 86 is deemed timely filed. Further, the government may file any reply to that response by Monday, July 11, 2022.

It is SO ORDERED.

_____
John A. Gibney
Senior United States District Judge

Dated: _____