IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| | ) | Case No. 3:21cr42 |
| | ) | |
| KEITH RODNEY MOORE, | ) | |
| Defendant | ) | |

## EXHIBIT LIST

Keith Moore, through counsel, submits the following exhibits for the July 18 and 19, 2022, hearing on the equal protection challenge in this case. This list is in addition to the exhibits that the government has already identified. Mr. Moore reserves the right to supplement this list as needed.

| Exhibit | Description |
| --- | --- |
| 1 | Dr. Eli Coston C.V. |
| 2 | Dr. Coston Report (same as ECF No. 66-1) |
| 3 | Virginia Code § 52-30.2 (eff. July 1, 2020) |
| 4 | Police Quarterly Article: A Geographic Approach to Racial Profiling (same as ECF No. 72 Ex. K) |
| 5 | Race and Justice Article: The Impact of Police Deployment on Racial Disparities in Discretionary Searches (same as ECF No. 72 Ex. M) |
| 6 | Virginia Department of Criminal Justice Services Report (same as ECF No. 72 Ex. G) |
| 7 | Police Quarterly Article: Racial Profiling?  A Multivariate Analysis of Police Traffic Stop Data (same as ECF No. 72 Ex. H) |
| 8 | Criminal Justice Review Article: Minority Threat Hypothesis and NYPD Stop and Frisk Policy (same as ECF No. 72 Ex. J) |

| 9 | Dr. Marvin Chiles C.V. |
|---|---|
| 10 | Journal of African American History Article: "Down Where the South Begins" |
| 11 | Dr. Chiles's 2016 Thesis: Richmond's urban crisis: Racial transition during the Civil Rights Era, 1960-1977 (same as ECF No. 86 Ex. S) |
| 12 | Journal Urban History Article: "Here We Go Again" (same as ECF No. 86 Ex. R) |
| 13 | RPD Subpoena Response Re: RPD Police Precints (same as ECF No. 81) |
| 14 | Final Sample Data |
| 15 | Original Subpoena to RPD (same as ECF No. 52) |
| 16 | RTAP Report (same as ECF No. 66 Ex. F) |
| 17 | ROI # 7 Emails and Attachments |
| 18 | Excluded Control Numbers |

Respectfully submitted,

KEITH RODNEY MOORE

By: _____/s/_____
Laura Koenig
Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org

Amy L. Austin
Va. Bar No. 46579
Assistant Federal Public Defender
Office of the Federal Public Defender
701 E. Broad St., Ste. 3600
Richmond, VA 23219
(804) 565-0880

amy_austin@fd.org