IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | Case No. 3:21cr42 |
| | ) | |
| KEITH RODNEY MOORE, | ) | |
| Defendant | ) | |

## WITNESS LIST

Keith Moore, through counsel, submits the following witnesses for the July 18 and 19, 2022, hearing on the equal protection challenge in this case. Mr. Moore reserves the right to supplement this list as needed.

| | Witness |
|---|---|
| 1 | Dr. Eli Coston—Expert Witness |
| 2 | Dr. Marvin Chiles—Expert Witness |
| 3 | Lee Hush—Investigator, Office of the Federal Public Defender |

Respectfully submitted,

KEITH RODNEY MOORE

By: _____/s/_____
Laura Koenig
Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org

1

Amy L. Austin
Va. Bar No. 46579
Assistant Federal Public Defender
Office of the Federal Public Defender
701 E. Broad St., Ste. 3600
Richmond, VA 23219
(804) 565-0880
amy_austin@fd.org