IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| KEITH RODNEY MOORE | ) | Criminal No. 3:21cr42 |
| | ) | |
| Defendant. | ) | |

**WITNESS LIST OF THE UNITED STATES**

| Exhibit No. | Description |
|---|---|
| 1 | Keon Turner; Virginia State Police |
| 2 | Pierre Redding; Richmond Police Department |
| 3 | Jim McDonough; Virginia Department of Criminal Justice Services |
| 4 | Special Agent Josh Valot; Bureau of Alcohol, Tobacco, Firearms and Explosives |
| 5 | Dr. Michael Smith; Expert Witness |