IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KEITH RODNEY MOORE | ) | Criminal No. 3:21cr42 |
| | ) | |
| Defendant. | ) | |

**EXHIBIT LIST OF THE UNITED STATES**

| Exhibit No. | Description |
|---|---|
| 1 | Report from Virginia Department of Criminal Justice Services, dated July 1, 2021 |
| 1a | Page 1, Report from Virginia Department of Criminal Justice Services, dated July 1, 2021 |
| 1b | Page 8, Report from Virginia Department of Criminal Justice Services, dated July 1, 2021 |
| 1c | Page 67, Report from Virginia Department of Criminal Justice Services, dated July 1, 2021 |
| 1d | Page 17, Report from Virginia Department of Criminal Justice Services, dated July 1, 2021 |
| 2 | Expert Report of Dr. Michael Smith, Ph.D., J.D., dated April 8, 2022 |
| 3 | CV of Dr. Michael Smith, Ph.D., J.D. |