CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: 
REPORTER: 

DOCKET NO. 3:21cr42
DATE: 7/18/22

UNITED STATES OF AMERICA
v.

COUNSEL

1. Keith Rodney Moore

1. Laura Koenig (x)

APPEARANCES: GOVERNMENT Shea Gibbons + Erik Siebert (✓)
DEFENDANT WITH COUNSEL (✓)   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )

BAIL STATUS: DEFENDANT ON BOND (✓)   DEFENDANT INCARCERATED ( )   BOND NOT SET ( )

TYPE of PROCEEDINGS: MOTIONS _____ ( )

PRELIMINARY PROCEEDINGS: WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

BOND HEARING PROCEEDINGS: DEFENDANT CONTINUED ON PRESENT BOND ( )   DEFT REMANDED ( )
DEFENDANT PLACED ON PR BOND IN AMOUNT OF $_____ ( )
BENCH WARRANT TO ISSUE ( )   MOTION DENIED ( )

- Gov't moved to dismiss Petition - Granted

- Deft to remain on same terms + conditions previously imposed including to refrain from alcohol

CASE CONTINUED TO: _____ FOR _____

CASE SET: 12:45   BEGAN: 12:44   ENDED: 12:46   TIME IN COURT: 2 minutes