IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.                                                          Criminal Case No. 3:21-CR-00042 (JAG)

KEITH RODNEY MOORE,
                Defendant.

**ORDER**

This matter is before the Court for a Bond Revocation Hearing on the Petition for Action on Conditions of Pretrial Release (ECF No. 74). On the oral motion of the United States and for the reasons set forth on the record on July 18, 2022, the Petition is hereby DISMISSED. Therefore, the Defendant shall be continued on the same terms of pretrial release as ordered on June 4, 2021 (ECF No. 12) and as amended on October 14, 2021, and May 19, 2022 (ECF Nos. 57 and 78).

These conditions shall remain in effect until the resolution of the underlying charges or until otherwise modified. The Clerk is directed to file this Order electronically and notify all counsel and the United States Pretrial Services Office accordingly.

It is so ORDERED.

/s/
Elizabeth W. Hanes
United States Magistrate Judge

Richmond, Virginia
Dated: July 18, 2022