CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: Gibney
REPORTER: G. Halasz, OCR

DOCKET NO: 3:21cr42
DATE: 7/18/22

UNITED STATES OF AMERICA
v.
KEITH RODNEY MOORE

**APPEARANCES:** On behalf of government *Erik Siebert, Shea Gibbons*
On behalf of defendant: *Laura Koenig, Amy Austin*
DEFENDANT PRESENT WITH COUNSEL, on bond

**TYPE of Hearing:** Hearing on Motion to Suppress [17], Motion to Exclude Defense Expert Dr. Coston [70] and Motion to Exclude Defense Expert Dr. Chiles [82]

**PROCEEDINGS:**

arguments heard on mot. to exclude Dr. Chiles; the Ct will leave the record open at the end of this hearing; Dr Chiles shall submit a summary of his testimony and it shall be submitted/filed to the Ct by Aug 8; the govt shall file their response as to whether they will need their own expert or file another Daubert motion by Aug 22; dft adduced evidence.

Defendant continued on bond

**CASE CONTINUED TO:** July 19 at 9am for continuation of hrg.

CASE SET 1:00 P.M.   BEGAN: 1:15 pm   ENDED: 5:00 pm   TIME IN COURT: 3:21
Recess: 2:52 - 3:16

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA-RICHMOND DIVISION

United States
V.
Keith Rodney Moore

**EXHIBIT AND WITNESS LIST**

Case Number: 3:21CR42

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Gibney | Siebert, Gibbons | Koenig, Austin |
| TRIAL DATE | COURT REPORTER | COURTROOM DEPUTY |
| July 18, 2022 | G. Halasz, OCR | Tuck |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | | | | Dr. Eli Costen |
| | 1 | | ✓ | ✓ | witness' CV ✦ |
| | 14 | | ✓ | ✓ | Final sample data |
| | 15 | | | | subpoena to RPD |
| | 18 | | ✓ | ✓ | excluded control numbers |
| | 2 | | ✓ | ✓ | witness' report |
| | R2 | | | | UVA racial dot map |
| | 4 | | ✓ | ✓ | Article - A Geographic Approach to Racial Profiling |
| | 5 | | ✓ | ✓ | Article - The Impact of Police Deployment on Racial Dispar. |
| | 6 | | ✓ | ✓ | VA DOCriminal Services Services Report |
| | 16 | | ✓ | ✓ | RTAP Report |
| | 7 | | ✓ | ✓ | Police Quarterly Article: Racial Profiling |
| | 8 | | ✓ | ✓ | Crim. Justice Review Article: Minority Threat Hypothesis |
| | | | | | class |
| | | | | | redirect |
| | 5 | | | | |
| | | | | | after testimony concluded - exhibits admitted except 9-12 |
| | 13 | | | ✓ | RPD Subpoena Response |
| | 17 | | | | ROI #7 emails |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1

✦ recognized as an expert