CRIMINAL PROCEEDINGS   —   U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: Gibney  DOCKET NO: 3:21cr42
REPORTER: G. Halasz, OCR  DATE: 7/19/22

UNITED STATES OF AMERICA
v.
KEITH RODNEY MOORE

**APPEARANCES:**  On behalf of government *Erik Siebert, Shea Gibbons*
On behalf of defendant: *Laura Koenig, Amy Austin*
DEFENDANT PRESENT WITH COUNSEL, on bond

**TYPE of Hearing:**   Hearing on Motion to Suppress [17], Motion to Exclude Defense Expert Dr. Coston [70] and Motion to Exclude Defense Expert Dr. Chiles [82]

**PROCEEDINGS:**

**Continuation of proceedings from July 18; evidence adduced; matter kept open until resolution of testimony of Dr. Chiles**

**Defendant continued on bond**

**CASE CONTINUED TO:**

CASE SET 9:00 AM      BEGAN: 9:14 AM      ENDED: 2:54 pm      TIME IN COURT: 4 hrs 24 mins

Recess:  10:44 a.m. to 11:00 a.m.; 12:00 p.m. to 12:48 p.m.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA-RICHMOND DIVISION

United States
V.
Keith Rodney Moore

**EXHIBIT AND WITNESS LIST**

Case Number: 3:21CR42

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
| --- | --- | --- |
| Gibney | Siebert, Gibbons | Koenig, Austin |
| DATE | COURT REPORTER | COURTROOM DEPUTY |
| July 19, 2022 | G. Halasz, OCR | Tuck |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| ✓ | | | | | Dr. Michael Smith * |
| 3 | | | ✓ | ✓ | report from the witness |
| 4 | | | | | CV of witness |
| | | | | | Class |
| | 1 | | | | Police Quarterly Article |
| | R2 | | | | UVA Dot Map |
| 2 (3 above) | | | | | Smith's report |
| | 2 | | | | Costen's report |
| ✓ | | | | | Keon Turner, VA State Police |
| ✓ | | | | | James McDonough, VA Dept. Criminal Justice Services |
| 1 (Dft Exh 6) | | | | | report |
| 1A | | | | | Pg 1 of report |
| 1B | | | | | Pg 8 of report |
| ✓ | | | | | Josh Valot, Special Agent ATF |
| 1 | (6) | | | | report |
| 1d | | | | | how data was analyzed |
| 5 | | | ✓ | ✓ | duplicate traffic stops |
| | ✓ | | | | Rebuttal witness - Dr. Eli Costen |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

* recognized as an expert

Page 1 of 1