IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:21cr42 |
| ) | |
| KEITH RODNEY MOORE, ) | |
| Defendant ) | |

### NOTICE OF EXPERT REPORT AND CURRICULUM VITAE

Keith Moore, through counsel, files the attached report and curriculum vitae for Dr. Marvin Chiles in accordance with Federal Rule of Criminal Procedure 16 and with this Court's Order in ECF No. 99. The report provides a written summary of Dr. Chiles's anticipated testimony and the bases and reasons for Dr. Chiles's testimony. The curriculum vitae details Dr. Chiles's qualifications to provide such testimony.

Respectfully submitted,
KEITH RODNEY MOORE

By: _____/s/_____
Laura Koenig
Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org

Amy L. Austin
Va. Bar No. 46579
Assistant Federal Public Defender
Office of the Federal Public Defender
701 E. Broad St., Ste. 3600
Richmond, VA 23219

1

2

(804) 565-0880
amy_austin@fd.org

Case 3:21-cr-00042-JAG Document 102 Filed 08/05/22 Page 2 of 2 PageID# 1707