# Curriculum Vitae

**Personal:-**
- Marvin T. Chiles, PhD: mchiles@odu.edu, 804-502-2934.

**Education:-**
- The University of Georgia: Ph.D. (2020)
- James Madison University: M.A. (2016)
- Liberty University: B.S. (2014)

**Academic Posts**:-
- Old Dominion University (2020-Present)
    - Assistant Professor of African American History, Tenure-Track

**Selected Publications:-**
- <u>Books</u>
    - *The Courage to Change: Race and the Politics of Reconciliation in Modern Richmond*, (under review by the *University of Virginia Press*).
- <u>Peer-Reviewed Articles:</u>
    1. "Our Metropolitan Separations: The Case for Metropolitan Public Schools in the Commonwealth of Virginia," Consortium for Research on Race, Diversity, and Policy: *Journal of Race and Policy*, Vol. 16, No.1, (date forthcoming)
    2. "Re-Envisioning Richmond's Past: Race, Reconciliation, and Public History in the Modern South, 1990 to the Present," Southern Historical Association: *Journal of Southern History*, (date forthcoming).
    3. "Ending Mass Incarceration in America," University of Richmond: *New Ideas in American History*, (date forthcoming).
    4. "Historian of Black Virginia: Luther Porter Jackson, An Appraisal," Indiana University Press: *Spectrum: A Journal on Black Men*, Vol. 9, No.2, (Fall 2022): 135-57.
    5. "A Period of Misunderstanding: Reforming Jim Crow in Richmond, Virginia, 1930-1954," Virginia Historical Society: *Virginia Magazine of History and Biography*, Vol. 129, No.3, (Fall 2021): 244-78. <u>Winner of the Virginia Historical Society's William M.E. Rachal Award (2021)</u>.
    6. "Here We Go Again: Race and Redevelopment in Downtown Richmond, Virginia, 1977-Present," *Journal of Urban History*, Vol 1, No.1, Online Edition, (Winter 2021): 1-27.
    7. "Tough on Conduct: Punitive Leadership in Urban Public Schools, A Case Study of Angry Principal Dr. Roy A. West, 1986-1991," Indiana University Press: *Spectrum: A Journal on Black Men*, Vol. 8, No.1 (Fall 2020): 55-81.

- 8. "Down Where the South Begins: Black Richmond Activism Before the Modern Civil Rights Movement, 1899-1930," University of Chicago Press: *Journal of African American History*, Vol. 105, No.1, (Winter 2020): 56-82.
- Co-Authored Works:
  - Hawkins, J.E., Hoglund, L., Martin, J.M., Chiles, M.T., & Adams Tufts, K. "Antiracism and Health: An Action Plan for Mitigating Racism in Healthcare. In K. Johnson, A. Meca, S. Tarver & N. Sparkman-Key (Eds). *Developing Anti-racist Practices in The Helping Professions: Inclusion Theory, Pedagogy, and Application*. Palgrave MacMillan. (in press).
  - "Black Elites" and "Black Middle Class," in Steven A. Reich, *World of Jim Crow: A Daily Life Encyclopedia*. [2 Volumes]. Greenwood Press. June 2019. Vol. 1. 235-9 and 332-6.

**Reviews and Edits:-**
- Book Review:
  - Brown, Lawrence T. *The Black Butterfly: The Harmful Politics of Race and Space in America*, New Ideas in American History, (May 11, 2021), https://medium.com/new-american-history/ending-urban-apartheid-d8c36022124.
  - Haywood, D'Weston. *Let Us Make Men: The Twentieth-Century Black Press and a Manly Vision for Racial Advancement*. Journal of Mississippi History, Vol. LXXXII, No.1 and 2, (Spring/Summer 2020), 87-8.
  - Dunn, Marvin. *Black Miami in the Twentieth Century*. University of Florida Press. 2016. *Journal of African American History*, Vol. 103, (Winter/Spring 2018), 239-41.
  - Heinrich, Robert and Deborah Harding. *From Slave to Statesman: The Life of Educator, Editor, and Civil Rights Activist William M. Carter of Virginia*. Louisiana State University Press. 2016. *Journal of African American History*, Vol. 103, No.4, (Fall 2018), 717.
  - Emberton, Carole and Bruce E. Baker, eds., *Remember Reconstruction: Struggles Over The Meaning and America's Most Turbulent Era*. 2017. *Virginia Magazine of History and Biography*, Vol. 125, No.4, (Winter 2017), 397-8.

**Teaching Experience:-**
- Old Dominion University
  - History 104: Interpreting the American Past
  - History 361: African American History Before 1865
  - History 362: African American History Since 1865

- History 695 (Graduate): African American History; Southern History

**Selected Awards and Grants:-**
- William M.E. Rachal Award For Best Article in *Virginia Magazine of History and Biography* (2021)
- NEH Landmarks Program Selection Committee Consultant (2021)
- African American Studies Institute Lee B. Giles Encouragement Award (2020)
- Greg and Amanda Gregory Dissertation Completion Award (2019)
- Andrew W. Mellon Research Fellowship, Virginia Museum of History and Culture (2019)

**Memberships:-**
- Board of Director for the Virginia Forum (2022)
- Virginia Museum of History and Culture (2019)
- Southern Historical Association (2017)

**Presentations:-**
- "A Different Vision for Richmond: Urban Revitalization, Public History, and the Reimagining of Space and Race in Richmond, Virginia, 1978-Present," paper given at the Virginia Forum, April 8, 2022.
- "Virginia Union University's Dream Team:" Leaders in Intersectional and Intercollegiate Basketball, presentation for Black History Month Program Speaker Series at Randolph Macon College, February 24, 2022.
- Teaching Students in Virginia About Black History, Osher Lifelong Learning Institute at George Mason University, February 10, 2022.
- Interview in the *How the Monuments Came Down*, documentary for Central Virginia PBS, aired July, 1, 2021.
- Keynote Speaker for the Teaching Black History Conference, sponsored by the African American History Education Commission at the Virginia Department of Education, June 15, 2021.
- Panel Speaker for the Reimagining Monument Avenue Collective at the John Kerr Branch Mansion Museum in Richmond, Virginia, May 29, 2021.
- "Healing Our City" Research Colloquium held at the Virginia Museum of History and Culture, July 24, 2019.

**In The News:-**
- "Don't Emphasize the Oppression," Faculty Spotlight in *Monarch: Old Dominion University Magazine*, (Winter 2022): 40.

- "Here's A Look At Some New and Notable Laws That Take Effect July Virginia," CBS News 6, June 28, 2021.
- "Declaring Racism as a Public Health Crisis," *WVEC*, February 24, 2021. https://www.13newsnow.com/article/news/local/virginia/virginia-one-step-closer-declaring-racism-as-a-public-health-crisis/291-ba06c8bd-32b9-429b-84a2-6c372caa0565.
- "Norfolk 17: Patricia Turner Looks Back To Move," *WVEC*, February 17, 2021. https://www.13newsnow.com/article/news/local/black-history/norfolk-17-patricia-turner-odu-history-panel/291-09e08001-383c-4177-a7ad-9b4c8a9d62cd.
- Dr. Narketta Sparkman-Key's Make It Plain Podcast, Episode 11: African American History in the Public Sphere, October 1, 2020. Published in the Samuel Dewitt Proctor Institute for Leadership, Equity, and Justice at Rutgers University, May 16, 2021. https://thedrkey.com/podcast/.

**University Service:-**
- "Productively Publishing as Early Career Career, Pre-Tenure Faculty," speech given at the ODU Summer Writing Retreat, held by the Office of Faculty and Diversity and Faculty Development, May 25, 2022.
- Contributor of 80 Documents to the ODU and Hampton Roads COVID-19 Archive, Spring 2021.
- Panelist for Assessing the Verdict of *Minnesota v. Chauvin*: A Collective Discussion of the Broader Implications, Institute for the Study of Race and Ethnicity, April 27, 2021.
- Guest speaker for the talk on Racism in College and Universities, hosted by the ODU Library System on April 23, 2021.
- Black Excellence: A Journey Through Healing and Resilience panelist for the ODU Office of Faculty Diversity and Retention, February 22, 2021.
- Guest speaker for After Selma: The Current Reality of Voter Suppression, hosted by Department of Sociology and Criminal Justice, Office of Intercultural Relations, February 18, 2021.
- Norfolk 17 Commemoration Panelist for the College of Education, February 17, 2021.
- CommUNITY Conversation Facilitator for the Office of Institutional Equity and Diversity, October 15, 2020.
- "The Professor Is In," Guest Speaker for the Department of History and the Center for Faculty Development, September 29, 2020.

- "[Racism in Academia](#)," Keynote Speaker at the Diverse Conversation held by the Office of Diversity and Retention at Old Dominion University, September 1, 2020.

**Departmental Service:-**
- Search Committee for Native American Historian for Academic Year 2022-2023.
- Advisory Council, Academic Year 2021-2022.
- Library Committee, Academic Year 2020-2021.

**Public Service:-**
- Guest Speaker for the Journeys in Justice: Virginia History During the Civil Rights Movement, General Education and Center for Excellence at Pacific Oaks College, Pasadena, California, April 26, 2021.
- Contributor for the Cape Henry Collegiate Civil War History Project, Spring 2021.

**Academic Service:-**
- Peer Reviewer for the *Virginia Magazine of History and Biography*.
- Peer Reviewer for the *Journal of Race and Policy*.
- Peer Reviewer for the *Spectrum: A Journal on Black Men*.
- Steering Committee Member and Board of Directors for the Virginia Forum

**Mentorship:-**
- MA Thesis Committee Member for Andrew Hoffman, expected graduation date of Spring 2022.
- Jhyl'lis Rhodes: Intern with the Federal Bureau of Investigation, Summer 2021.
- Noah Fort: Student Representative to the ODU Board of Visitors, Fall 2021 and Spring 2022.
- Davona C. Johnson: MA Candidate and Merit Scholarship Recipient at American University School of Public Policy, Fall 2021.
- Benjamin Clary Coffie (University of Georgia Student): Honor Student and Fellow at Oxford University in Law, Ethics, and Philosophy, Spring 2021.

**References/Mentors:-**
- Dr. Robert A. Pratt: rapratt@uga.edu/ PhD Advisor and Mentor
- Dr. Brain J. Daugherity:bjdaugherity@vcu.edu/ Dissertation Committee Member and Mentor
- Dr. Julian Maxwell Hayter: jhayter@richmond.edu/Associate Professor of Leadership at the University of Richmond/ Mentor
- Dr. Scott R. Nelson: srnelson@uga.edu/Dissertation Committee Member
- Dr. Timothy Cleaveland tcleave@uga.edu/Dissertation Committee Member
- Dr. Steven A. Reich: reichsa@jmu.edu/ MA Advisor and Mentor