# CITY OF RICHMOND NEIGHBORHOOD STATISTICS

(1980 Census)



Prepared By:
The Neighborhood Revitalization
Division
of
The Department of Planning
and
Community Development

November, 1985

CITY OF RICHMOND NEIGHBORHOOD INFORMATION SYSTEM

DATA FROM 1980 CENSUS OF POPULATION - SUMMARY TAPE FILE 3G

NEIGHBORHOOD:  JACKSON WARD

10. INCOME IN 1979

| INCOME | HOUSEHOLDS | FAMILIES |
|---|---|---|
| LESS THAN $2,500 | 161 | 46 |
| $2,500 TO $4,999 | 166 | 43 |
| $5,000 TO $7,499 | 84 | 15 |
| $7,500 TO $9,999 | 122 | 77 |
| $10,000 TO $12,499 | 55 | 25 |
| $12,500 TO $14,999 | 65 | 41 |
| $15,000 TO $17,499 | 46 | 21 |
| $17,500 TO $19,999 | 44 | 30 |
| $20,000 TO $22,499 | 25 | 0 |
| $22,500 TO $24,999 | 1 | 0 |
| $25,000 TO $26,499 | 0 | 0 |
| $27,500 TO $29,999 | 0 | 0 |
| $30,000 TO $34,499 | 8 | 8 |
| $35,500 TO $39,999 | 7 | 7 |
| $40,000 TO $49,999 | 10 | 10 |
| $50,000 TO $74,999 | 5 | 0 |
| $75,999 OR MORE | 0 | 0 |
| MEAN INCOME | $ 9092 | $ 11574 |

TOTAL PERSONS BELOW POVERTY LEVEL:  701

11. OCCUPATION OF PERSONS (16 YEARS AND OVER)

| CATEGORY | PERSONS | PERCENT |
|---|---|---|
| MANAGERIAL & PROFESSIONAL | 71 | 10.1 |
| TECHNICAL/SALES/ADMIN. SUPPORT | 108 | 15.3 |
| SERVICES | 293 | 41.5 |
| FARMING/FORESTRY/FISHING | 19 | 2.7 |
| PRECISION PRODUCTION & CRAFTS | 52 | 7.4 |
| OPERATORS/FABRICATORS/LABORERS | 163 | 7.4 |

12. EDUCATION - YEARS OF SCHOOL COMPLETED
    (PERSONS 25 YEARS AND OVER)

| | | |
|---|---|---|
| ELEMENTARY (0 TO 8 YEARS) | 570 | (42.9%) |
| HIGH SCHOOL 1 TO 3 YEARS | 406 | (30.6%) |
| HIGH SCHOOL 4 YEARS | 201 | (15.1%) |
| COLLEGE 1 TO 3 YEARS | 78 | ( 5.9%) |
| COLLEGE 4 OR MORE YEARS | 73 | ( 5.5%) |

13. SCHOOL ENROLLMENT (PERSONS 3 YEARS AND OVER)

| | |
|---|---|
| NURSERY SCHOOL | 9 |
| KINDERGARTEN & ELEM. | 48 |
| HIGH SCHOOL | 43 |
| COLLEGE | 26 |

CITY OF RICHMOND NEIGHBORHOOD INFORMATION SYSTEM

DATA FROM 1980 CENSUS OF POPULATION - SUMMARY TAPE FILE 3G

NEIGHBORHOOD: JACKSON WARD

14. PLACE OF WORK (WORKERS 16 YEARS AND OVER)

| PLACE | WORKERS | PERCENT |
|---|---|---|
| CITY OF RICHMOND | 534 | 68.5 |
| ELSEWHERE IN STATE | 68 | 8.7 |
| OTHER STATES | 0 | 0.0 |
| NOT REPORTED | 178 | 22.8 |

15. TRANSPORTATION TO WORK (WORKERS 16 YEARS & OVER)

| MODE | WORKERS | PERCENT |
|---|---|---|
| DRIVE ALONE | 171 | 24.2 |
| CARPOOL | 119 | 16.9 |
| PUBLIC TRANSPORTATION | 251 | 35.6 |
| WALKED ONLY | 151 | 21.4 |
| OTHER MEANS | 7 | 1.0 |
| WORKED AT HOME | 7 | 1.0 |

OCCUPIED HOUSING UNITS WITH
  NO VEHICLE AVAILABLE        475 (65.2%)

16. YEAR HOUSEHOLDER MOVED INTO UNIT

| YEAR | TOTAL | RENTERS | HOMEOWNERS |
|---|---|---|---|
| 1979 TO 1980 | 152 | 152 | 0 |
| 1975 TO 1978 | 227 | 195 | 32 |
| 1970 TO 1974 | 87 | 87 | 0 |
| 1960 TO 1969 | 123 | 110 | 13 |
| 1950 TO 1959 | 58 | 26 | 32 |
| PRIOR TO 1949 | 81 | 16 | 65 |

17. RESIDENCE IN 1975 (PERSONS 5 YEARS AND OVER)

| | |
|---|---|
| LIVED IN SAME HOUSE/APARTMENT | 865 |
| ELSEWHERE IN CITY OF RICHMOND | 694 |
| ELSEWHERE IN VIRGINIA | 98 |
| ELSEWHERE IN U.S. | 116 |
| LIVED ABROAD | 0 |

18. AGE OF HOUSING (YEAR ROUND HOUSING UNITS)

| YEAR BUILT | NUMBER OF UNITS |
|---|---|
| 1979 TO 1980 | 0 |
| 1975 TO 1978 | 7 |
| 1970 TO 1974 | 0 |
| 1969 TO 1969 | 40 |
| 1950 TO 1959 | 54 |
| 1940 TO 1949 | 137 |
| PRIOR TO 1939 | 622 |

CITY OF RICHMOND NEIGHBORHOOD INFORMATION SYSTEM

DATA FROM 1980 CENSUS OF POPULATION - SUMMARY TAPE FILE 3G

NEIGHBORHOOD:  JACKSON WARD

19. HEATING EQUIPMENT (YEAR ROUND HOUSING UNITS)

| TYPE OF HEAT | NUMBER OF UNITS |
|---|---|
| STEAM OR HOT WATER | 124 |
| CENTRAL WARM AIR | 90 |
| ELECTRIC HEAT PUMP | 21 |
| OTHER BUILT-IN ELECTRIC | 28 |
| FLOOR, WALL, OR PIPELESS FURNACE | 8 |
| ROOM HEATERS WITH FLUE | 290 |
| ROOM HEATERS WITHOUT FLUE | 93 |
| FIREPLACES, STOVES, PORTABLE HEATERS | 201 |
| NONE | 5 |

20. HEATING FUEL  (OCCUPIED HOUSING UNITS)

| TYPE | NUMBER OF UNITS |
|---|---|
| UTILITY GAS | 278 |
| BOTTLED, TANK, OR LP GAS | 0 |
| ELECTRICITY | 52 |
| FUEL OIL, KEROSENE, ETC. | 317 |
| COAL OR COKE | 24 |
| WOOD | 50 |
| OTHER FUEL | 7 |
| NO FUEL USED | 0 |

21. TELEPHONE AVAILABILITY - (OCCUPIED HOUSING UNITS)

| AVAILABILITY | NUMBER OF UNITS |
|---|---|
| WITH PHONE | 435 |
| WITHOUT PHONE | 293 |

22. KITCHEN AVAILABILITY  (YEAR ROUND HOUSING UNITS)

| | |
|---|---|
| COMPLETE KITCHEN FACILITIES | 791 |
| NO COMPLETE KITCHEN FACILITIES | 69 |

**NOTE - INFORMATION IN TABLES 10 THRU 22 IS BASED ON A SAMPLE SURVEY.
         215 OUT OF   1651 PERSONS (13.0%) WERE SURVEYED
         IN THIS NEIGHBORHOOD.