**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:21-cr-42 |
| | ) | |
| KEITH RODNEY MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' NOTICE REGARDING HISTORICAL EXPERT**

The United States of America files this notice pursuant to the Court's order. ECF 99. The United States informs the Court and the defendant that it does not intend to retain or designate a rebuttal historical expert. Instead, the United States has renewed its Motion to Exclude Dr. Chiles in a companion filing.

Despite the decision not to retain a historical expert, if necessary the United States may call a lay witness to validate some of the arguments raised in the companion filing.

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____/s/_____
Shea Matthew Gibbons
Virginia Bar Number 83916
Erik Siebert
Virginia Bar Number 79057
Assistant United States Attorneys
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Telephone: 804-819-5400
Fax: 804-771-2316
Email: Shea.Gibbons@usdoj.gov

1