IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | Case No. 3:21cr42 |
| ) | |
| **KEITH RODNEY MOORE,** ) | |
| **Defendant** ) | |

**ORDER**

Upon motion of defense counsel, with good cause having been shown and noting no objection by the Government, it is hereby ORDERED that the Defendant's Motion to Extend Response Deadline in this case is GRANTED. The defense must file the response to the government's supplemental *Daubert* motion by September 9, 2022, and the government shall file its reply on September 16, 2022.

It is SO ORDERED.

_____
John A. Gibney
Senior United States District Judge

Richmond, Virginia
Dated: _____