IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.                                          Criminal Action No. 3:21cr42

KEITH RODNEY MOORE,
         Defendant.

## ORDER

This matter comes before the Court on Defendant Keith Rodney Moore's consent motion to extend the time to file a response to the government's supplemental *Daubert* motion. (ECF No. 105.) On July 19, 2022, the Court ordered Moore to file his response to the government's supplemental motion on or before Tuesday, September 6, 2022. (ECF No. 99.) After due consideration and for good cause shown, the Court GRANTS Moore's motion to extend the time to file a response. (ECF No. 105.) Moore SHALL file any response to the government's supplemental motion **on or before September 9, 2022**, and the government SHALL file any reply to the supplemental motion **on or before September 16, 2022**.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

                                                             /s/
                                        Henry E. Hudson
Date: 7   September 2022      Senior United States District Judge
Richmond, VA