CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: Gibney  
REPORTER: G. Halasz, OCR  
DOCKET NO: 3:21cr42  
DATE: 10/28/22

UNITED STATES OF AMERICA  
v.  
*Keith Rodney Moore*

APPEARANCES: On behalf of government *Erik Siebert, Shea Gibbons*  
On behalf of defendant: *Laura Koenig, Amy Austin*  
DEFENDANT PRESENT WITH COUNSEL, on bond

TYPE of Hearing: Motions Hearing: [17] Motion to Suppress, [70] Motion to Exclude Defense Expert, [82] Motion to Exclude Dr. Chiles, [103] Second Motion to Exclude Dr. Chiles

PROCEEDINGS:

evidence adduced; arguments heard; an opinion will enter

Defendant continued on bond

CASE CONTINUED TO:

CASE SET 9:00 a.m.   BEGAN: 9:06am   ENDED: 11:59am   TIME IN COURT: 2 hrs 39 mins

Recess: 10:36 - 10:50

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA-RICHMOND DIVISION

United States
V.
Keith Rodney Moore

**EXHIBIT AND WITNESS LIST**

Case Number: 3:21CR42

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Gibney | Siebert, Gibbons | Koenig, Austin |
| | COURT REPORTER | COURTROOM DEPUTY |
| October 28, 2022 | G. Halasz, OCR | Tuck |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | | | | Marvin Chiles, Phd * |
| | 9 | | | ✓ | CV of witness |
| | R2 | | | ✓ | map of Richmond w/ 2010 Census data |
| | 19 | | | ✓ | map of expansion of Richmond |
| | 10 | | | ✓ | article - "Down where the South Begins" |
| | 11 | | | ✓ | witness' master thesis |
| | 12 | | | ✓ | article "Here we go again" |
| | | | | | Dissertation by Louis Cei (Exh V to ECF 86) ** |
| 5 | | | | | Booklet - City of Richmond Neighborhood Statistics |
| | | | | | Stipulated exhibits |
| 6 | | | | ✓ | Map dated 1/1/2018 through 12/6/2020 |
| 7 | | | | ✓ | Map dated 1/1/1999 through 12/6/2020 |
| | 20 | | | ✓ | Precint map (w/o dots in G Exh 6 & 7) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1

* qualified as expert  ** Ct finds that the witness may rely on this, but not admitted