IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.  ) | **Criminal Number: 3:21cr42** |
| ) | |
| **KEITH RODNEY MOORE,** ) | |
| Defendant.  ) | |

**ORDER**

Upon motion of defense counsel, with good cause having been shown and noting no objection by the government, it is hereby ORDERED that the Defendant's Motion to Modify Release Conditions to Allow Mr. Moore to Attend His Son's Birthday Party in this case is GRANTED. Mr. Moore may leave his mother's home in his mother's custody at 4:00 p.m. on November 19, 2022, to travel directly to the location of the birthday party. He must remain at the birthday party and leave that location to be home no later than 9:00 p.m. on November 19, 2022. He must then travel directly to his mother's house in his mother's custody.

It is SO ORDERED.

_____
Mark R. Colombell
United States Magistrate Judge

Dated: _____