IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.                                                    Criminal Action No. 3:21cr42

KEITH RODNEY MOORE,
         Defendant.

## ORDER

This matter comes before the Court on Defendant Keith Rodney Moore's consent motion to temporarily modify his release conditions. (ECF No. 111.) Moore asks to "attend his family's birthday party for his son" on November 19, 2022. (*Id.* at 1.) Upon due consideration, the Court GRANTS the motion. (ECF No. 111.) Moore may leave his mother's home in his mother's custody at 4:00 p.m. on November 19, 2022, to travel directly to the location of the birthday party. He must remain at the birthday party and leave that location to be home no later than 9:00 p.m. on November 19, 2022. He must then travel directly to his mother's house in his mother's custody.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 16 November 2022
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge