**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Criminal Number: 3:21cr42** |
| | ) | |
| **KEITH RODNEY MOORE,** | ) | |
| **Defendant.** | ) | |

**ORDER**

Upon motion of defense counsel, with good cause having been shown, it is hereby ORDERED that the Defendant's Motion to Modify Release Conditions to Allow Mr. Moore to Attend His Partner's Prenatal Appointments in this case is GRANTED.  Mr. Moore may attend the prenatal appointments for his twins as approved in advance of each appointment by the United States Probation Office.

It is SO ORDERED.

The Clerk SHALL provide a copy of this Order to the United States Probation Office.

_____
Mark R. Colombell
United States Magistrate Judge

Dated: _____