Page 1
PS-8 (12/04)
VAE (rev 9/19)

UNDER SEAL

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Keith Rodney Moore                Docket No. 0422 3:21CR00042-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW, R. Nicole Pender, PROBATION OFFICER, presenting an official report upon the conduct of defendant Keith Rodney Moore, who was placed under pretrial release supervision by the Honorable Elizabeth W. Hanes, United States District Judge sitting in the court at 701 East Broad Street, Richmond, Virginia 23219-3528, on June 4, 2021, under the following conditions:

*"The defendant must not violate federal, state, or local law while on release."*

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

On December 18, 2022, the defendant was arrested in Richmond City, Virginia, and charged with Hit and Run, Failure to Report Property Damage. On December 19, 2022, the defendant was released on a $2,000 personal recognizance bond. His next scheduled court appearance for this matter is January 31, 2023.

PRAYING THAT THE COURT WILL ORDER A SUMMONS be issued directing the defendant appear before the Court to show cause why bond should not be revoked for violating the conditions of release.

**ORDER OF COURT**

Considered and ordered this 22 day of December, 2022 and ordered filed and made a part of the records in the above case.

/s/
John A. Gibney, Jr.
Senior United States District Judge
The Honorable John A. Gibney, Jr.
United States District Court Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 12/22/2022

*R. Nicole Pender*
R. Nicole Pender
U.S. Probation Officer

Place: Richmond