CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: Gibney  
REPORTER: G. Halasz, OCR  
DOCKET NO: 3:21CR42  
DATE: 1/6/23

UNITED STATES OF AMERICA
v.
*Keith Rodney Moore*

**APPEARANCES:** On behalf of government *Shea Gibbons*  
On behalf of defendant: *Laura Koenig, Amy Austin*  
DEFENDANT PRESENT WITH COUNSEL, on bond

**TYPE of Hearing:** **Bond Revocation Hearing**

**PROCEEDINGS:**

The government's proffer of evidence is accepted; the defendant does not contest the revocation of his bond; the Court revokes the defendant's pretrial release

Defendant (✓) remanded  ( ) continued on bond

**CASE CONTINUED TO:**

CASE SET 10:00 a.m.    BEGAN: 10:01 am    ENDED: 10:08 am    TIME IN COURT: 7 mins.