IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.  Criminal Case No. 3:21CR042

KEITH RODNEY MOORE,
      Defendant.

## ORDER

This matter is before the Court on the Petition for Action on Conditions of Pretrial Release, (ECF No. 116), and the Addendum to the Petition for Action, (ECF No. 120). The Defendant appeared with counsel and was advised by the Court of the violations alleged in the Petition and Addendum. The Court accepted the evidence proffered by the government. The defendant did not contest the violations and consented to the revocation of his bond.

Pursuant to 18 U.S.C. § 3148, the Court finds that there is clear and convincing evidence that the defendant has violated conditions of his release, and that there is no condition or combination of conditions of release that would assure that the defendant will not flee or pose a danger to the safety of the community. The Court also finds by a preponderance of the evidence that the defendant is unlikely to abide by any condition or combination of conditions of release. The Pretrial Release of the Defendant is REVOKED, and the defendant is REMANDED to the custody of the United States Marshals pending further proceedings in this matter.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record, the United States Probation Office, and the United States Marshals Service.

Date: 6 January 2023
Richmond, Virginia

/s/
John A. Gibney, Jr.
Senior United States District Judge