# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

### SUMMONS IN A CRIMINAL CASE

**UNITED STATES OF AMERICA**
v.                                                                Case. No. 3:21cr42
**KEITH RODNEY MOORE**
*(please see additional page for personal identifiers)*

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| PLACE: **UNITED STATES DISTRICT COURT**<br>**701 EAST BROAD STREET**<br>**RICHMOND, VIRGINIA 23219** | COURTROOM:<br>**6000**<br><br>DATE & TIME:<br>**1/06/2023 AT 10:00 A.M.** |
|---|---|

Before: The Honorable John A. Gibney Jr.
To answer a(n):

☐ Indictment  ☐ Superseding Indictment  ☐ Criminal Information  ☐ Complaint
☐ Order of Court  ☐ Sealed Order of Court
☐ Petition on Supervised Release  ☐ Petition on Probation
☒ Violation of Pretrial Release  ☐ Violation Notice

Charging you with a violation of: SEE ATTACHED


_Signature of Issuing Officer_                                          12/23/2022
                                                                          Date
A. Duncan, Deputy Clerk
Name and Title of Issuing Officer

# RETURN OF SERVICE

This summons was received by me:

Date: 1/3/22

Name of Server: T. Ringer

Title: DUSM

Check one box below to indicate appropriate method of service:

☐ I personally served the summons on the defendant on: [date] or

☐ On [date], I left the summons at the defendant's residence or usual place of abode on with [name], a person of suitable age and discretion who resides there, and I mailed a copy of the summons to the defendant's last known address; or

☒ On [date] 1/3/22, I delivered a copy of the summons to [name] Laura Koenig (Defense Attorney) who is authorized to receive service of process on behalf of [organization], and I mailed a copy to the organization's last known address within the district or to its principal place of business in the United States; or

☐ On [date], the summons was returned unexecuted because: _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | 0 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct to the best of my knowledge and belief.

Executed on 1/3/22
Date

Signature of Server: T.R.

Address of Server: 701 E. Broad St. Richmond VA