IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.  Criminal Action No. 3:21cr42

KEITH RODNEY MOORE,
          Defendant.

## ORDER

This matter comes before the Court on the defendant Keith Rodney Moore's motions to suppress, (ECF No. 17). The Court held a hearing on the motions on July 26, 2021. For the reasons stated from the bench and in the accompanying Opinion, the Court GRANTS IN PART and DENIES IN PART Moore's motion to suppress evidence and statements. (ECF No. 17.)

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 13 November 2023
Richmond, VA

/s/ 
John A. Gibney, Jr.
Senior United States District Judge