IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.   Criminal Action No. 3:21cr42

KEITH RODNEY MOORE,
         Defendant.

## ORDER

This matter comes before the Court on the government's motion to reconsider, (ECF No. 128). The Court DIRECTS the defendant, Keith Rodney Moore, to respond to the government's motion on or before **Monday, February 26, 2024.**

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

/s/
John A. Gibney, Jr.
Senior United States District Judge

Date: 16 February 2024
Richmond, VA