AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:21-cr-42 |
| Keith Rodney Moore | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 04/08/2024

/s/ Jacqueline R. Bechara
*Attorney's signature*

Jacqueline Bechara
*Printed name and bar number*

2100 Jamieson Avenue
Alexandria, VA 22314
*Address*

jacqueline.bechara@usdoj.gov
*E-mail address*

(703) 299-3819
*Telephone number*

(703) 299-3981
*FAX number*