IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Richmond Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 3:21-cr-42 |
| KEITH RODNEY MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

**Notice of Appeal**

The United States hereby gives notice of its appeal to the United States Court of Appeals for the Fourth Circuit under 18 U.S.C. § 3731 from the order of the District Court dismissing the indictment and denying the United States' motions to exclude defense experts, issued on February 12, 2024 (ECF No. 127), and the order of the District Court denying the United States' motion for reconsideration, issued on March 11, 2024 (ECF No. 132). A certification in compliance with 18 U.S.C. § 3731 is attached to this notice of appeal.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:   /s/
Jacqueline R. Bechara
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Office:  (703) 299-3700
Fax:     (703) 299-3980
Email:   jacqueline.bechara@usdoj.gov

## Certificate of Service

I certify that on April 8, 2024, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

By:              /s/

Jacqueline R. Bechara
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Office: (703) 299-3700
Fax:    (703) 299-3980
Email: jacqueline.bechara@usdoj.gov