IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Richmond Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 3:21-cr-42 |
| KEITH RODNEY MOORE, | ) |
| | ) |
| Defendant. | ) |

**Certification for Appeal**

The United States Attorney certifies under 18 U.S.C. § 3731 that the government's appeal in the above-captioned matter filed on this day is not taken for purpose of delay and that the evidence is a substantial proof of a fact material in the proceeding.

Respectfully submitted,

*/s/ Jessica D. Aber*
Jessica D. Aber
United States Attorney